**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Utica Township Volunteer Fire Fighters Association |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  New Chapel Emergency Medical Service <br> DBA  Phoenix Ambulance |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 35-6043426 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 511 Little League Blvd., Suite C <br> Clarksville, IN 47129 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Clark <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Utica Township Volunteer Fire Fighters Association _____    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     6219

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    Utica Township Volunteer Fire Fighters Association                     Case number (*if known*) _____
        Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Utica Township Fire Department Inc.    Relationship    affiliate

District    Southern District of Indiana    When _____    Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    Utica Township Volunteer Fire Fighters Association _____    Case number (*if known*) _____
      Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 22, 2025
               MM / DD / YYYY

**X** /s/ Matthew C. Owen                 Matthew C. Owen
     Signature of authorized representative of debtor       Printed name

Title    President of the Board of Directors

**18. Signature of attorney**

**X** /s/ William P. Harbison            Date   July 22, 2025
     Signature of attorney for debtor               MM / DD / YYYY

William P. Harbison 27139-53
Printed name

Seiller Waterman LLC
Firm name

Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
Number, Street, City, State & ZIP Code

Contact phone   502-584-7400      Email address   harbison@derbycitylaw.com

27139-53 IN
Bar number and State

## RESOLUTION AUTHORIZING CHAPTER 11

The undersigned, being the President and member of the board of directors (the "Board") of Utica Township Volunteer Fire Fighters Association d/b/a Phoenix Ambulance (the "Association"), an Indiana nonprofit corporation, pursuant to the laws of the state of Indiana, hereby takes the following actions, approves, and adopts the following resolutions:

**WHEREAS**, the Board has considered presentations by the management and the financial and legal advisors of the Association regarding the liabilities and liquidity situation of the Association, the strategic alternatives available to it, and the effect of the foregoing on the Association's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Association and to fully consider each of the strategic alternatives available to the Association and has determined, in the judgment of the Board, that the following resolutions are in the best interests of the Association and their respective creditors.

**NOW, THEREFORE, BE IT:**

### CHAPTER 11 FILING

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Association, its creditors, and other parties in interest, that the Association shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Indiana (the "Bankruptcy Court") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED**, that Matthew Owen, President, as well as such other persons that the Board designates in writing (collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and hereby is, authorized, empowered, and directed to execute and file on behalf of the Association all petitions, schedules, lists, and other motions, pleadings, papers, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Association's business.

## RETENTION OF PROFESSIONALS

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized, empowered, and directed to employ the law firm of Seiller Waterman LLC, as general bankruptcy counsel to represent and assist the Association in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Association's rights and obligations, including the preparation and filing of any motions, objections, replies, applications, or pleadings and conducting any potential sale process on behalf of the Association in the Chapter 11 Case; and in connection therewith, each of the Authorized Persons, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain Seiller Waterman LLC;

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the Association in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Persons, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable; and

**RESOLVED**, that each of the Authorized Persons, acting alone or in any combination, be, and each hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deems necessary, appropriate, or desirable in connection with the Chapter 11 Case.

## GENERAL

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of and on behalf of the Association, to take or cause to be taken any and all such other and further action, and to execute, acknowledge,

deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to, filing fees, in the case as in such Authorized Signatory's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that the Board of the Association has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Association, or hereby waives any right to have received such notice;

**RESOLVED**, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Association, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, adopted, confirmed, and ratified as the true acts and deeds of the Association with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board;

**RESOLVED**, that each of the Authorized Persons (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Association with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary, appropriate, or desirable in such Authorized Signatory's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated herein; and

**RESOLVED,** that all acts lawfully done by the Board to effectuate the intent of these resolutions are hereby ratified and approved.

**SO RESOLVED.**

In witness whereof, this Resolution has been executed by the following members of the Board:

MATTHEW OWEN, *President*

KEVIN WILKERSON, *Board Member*

PAUL HOLCOMB, *Vice President*

STEPHEN PRATHER, *Board Member*

SHANON GRANT, *Board Member*

I, Matthew Owen, declare under penalty of perjury that I am the President of Utica Township Volunteer Fire Fighters Association, and that the foregoing is a true and correct copy of the resolutions adopted by the Board of Directors.

Dated: July 9, 2025

/s/

MATTHEW OWEN, *President*

4

**Fill in this information to identify the case:**

Debtor name ___Utica Township Volunteer Fire Fighters Association___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF INDIANA - NEW ALBANY___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    List of Equity Security Holders

Income and Expense Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 22, 2025___        **X** /s/ Matthew C. Owen
Signature of individual signing on behalf of debtor

Matthew C. Owen
Printed name

President of the Board of Directors
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Utica Township Volunteer Fire Fighters Association |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA - NEW ALBANY |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express POB 650448 Dallas, TX 75265-0448 | | | | | | $0.00 |
| Jackie Clowers Waters, Tyler, Hofmann & Scott, LLC 1947 E. Spring St. New Albany, IN 47150 | | legal fee | | | | $10,500.84 |
| KS State Bank 1010 Westloop Place Manhattan, KS 66502 | | 2023 Ford Transit 250 2023 Ford Transit 250 | | $185,800.74 | $100,000.00 | $85,800.74 |
| New Washington State Bank 1059 Market St. Charlestown, IN 47111 | | auto loans | | $124,391.00 | $100,000.00 | $24,391.00 |
| REV Federal Credit Union P.O. Box 118000 Charleston, SC 29423 | | 2021 Ford E-350 2021 Ford E-350 | | $54,301.12 | $7,000.00 | $47,301.12 |
| Samsara 1 De Haro St. San Francisco, CA 94107 | | arrearage on contract for GPS and vehicle monitoring services | | | | $10,000.00 |
| Stryker Flex Financial 1941 Stryker Way Portage, MI 49002 | | Stryker Powerloader | | $74,593.68 | $20,000.00 | $54,593.68 |
| Utica Township Fire Protection District 5820 Utica Pike Jeffersonville, IN 47130 | | | Disputed | | | $0.00 |

Debtor   Utica Township Volunteer Fire Fighters Association
         Name                                                    Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zoll Data Systems 11802 Ridge Parkway, Suite 400 Broomfield, CO 80021 | | past due fees for service | | | | $11,000.00 |

**Fill in this information to identify the case:**

Debtor name    Utica Township Volunteer Fire Fighters Association

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    107,100.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $    2,915,988.29

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $    3,023,088.29

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    1,045,336.90

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    31,500.84

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b     $    1,076,837.74

| Fill in this information to identify the case: |
|---|

Debtor name    Utica Township Volunteer Fire Fighters Association

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Fifth Third Bank | | 9156 | $162.18 |
| 3.2. | Fifth Third Bank | | 6723 | $369.75 |
| 3.3. | Fifth Third Bank | | 6749 | $10,034.61 |
| 3.4. | L&N Federal Credit Union | | | $6,000.00 |
| 3.5. | New Washington State Bank | | 4780 | $333.33 |
| 3.6. | PNC Bank | | 1713 | $4,237.87 |

4.    **Other cash equivalents** *(Identify all)*

Debtor    Utica Township Volunteer Fire Fighters Association          Case number *(If known)* _____
               Name

5.      **Total of Part 1.**                                                                    | $21,137.74 |

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:    | 97,518.76 | - | 28,280.44 | =.... | $69,238.32 |
                                      face amount        doubtful or uncollectible accounts

        11b. Over 90 days old:       | 38,251.46 | - | 11,092.92 | =.... | $27,158.54 |
                                      face amount        doubtful or uncollectible accounts

        11b. Over 90 days old:       | 406,397.62 | - | 325,118.10 | =.... | $81,279.52 |
                                      face amount        doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                    | $177,676.38 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Debtor    Utica Township Volunteer Fire Fighters Association    Case number *(If known)* _____
_____Name_____

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures**<br>See Exhibit #1, a list of office fixtures and equipment owned by Debtor | $0.00 | | $308,110.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $308,110.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | See Exhibit #2, a list of vehicles owned by Debtor that currently have liens | Unknown | Debtor Estimate | $0.00 |
| 47.2. | 2024 Ford E-350<br>2024 Ford E-350 | Unknown | Debtor Estimate | $280,000.00 |
| 47.3. | 2023 Ford Transit 250<br>2023 Ford Transit 250 | Unknown | Debtor Estimate | $100,000.00 |
| 47.4. | 2022 Jeep Wrangler | Unknown | Debtor Estimate | $28,000.00 |
| 47.5. | 2023 Cadillac Escalade | Unknown | Debtor Estimate | $81,000.00 |
| 47.6. | 2023 Jeep Grand Wagoneer | Unknown | Debtor Estimate | $50,000.00 |

Debtor    Utica Township Volunteer Fire Fighters Association                    Case number *(if known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.7. | 2023 Cadillac Escalade | Unknown | Debtor Estimate | $90,000.00 |
| 47.8. | 2023 Cadillac CT5-V | Unknown | Debtor Estimate | $40,000.00 |
| 47.9. | 2023 Cadillac CT5 | Unknown | Debtor Estimate | $40,000.00 |
| 47.10. | 2022 Chevrolet Silverado | Unknown | Debtor Estimate | $30,000.00 |
| 47.11. | 2024 Chevrolet 450 Box Truck | Unknown | Debtor Estimate | $42,000.00 |
| 47.12. | 2021 Ford Transit 250 | Unknown | Debtor Estimate | $30,000.00 |
| 47.13. | 2021 Ford Transit 250 | Unknown | Debtor Estimate | $30,000.00 |
| 47.14. | 2020 Ford Transit 250 | Unknown | Debtor Estimate | $28,000.00 |
| 47.15. | 2020 Ford Transit 250 | Unknown | Debtor Estimate | $25,000.00 |
| 47.16. | 2021 Ford E-350<br>2021 Ford E-350 | Unknown | Debtor Estimate | $7,000.00 |
| 47.17. | See Exhibit #3, a list of vehicles owned by Debtor that do not currently have liens | $0.00 | | $793,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1. | 1959 Cessna<br>Model 172<br>Serial No. 46280<br>FAA Number N6180E | Unknown | Debtor Estimate | $28,000.00 |

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2021 Kubota Skid Steer | Unknown | Debtor Estimate | $28,000.00 |
| Stryker Powerloader<br>Stryker Powerloader<br>Stryker Powerloader<br>Stryker Powerloader | Unknown | Debtor Estimate | $80,000.00 |

Debtor   Utica Township Volunteer Fire Fighters Association          Case number *(If known)* _____
         Name

         Stryker Powerloader _____    Unknown    Debtor Estimate _____    $20,000.00

---

51. **Total of Part 8.**                                                          | $1,850,500.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  4905 New Chapel Road<br>Jeffersonville, IN 47130 | Fee simple | $0.00 | | $54,100.00 |
| 55.2.  1005 Main Street<br>Charlestown, IN 47111 | Fee simple | $0.00 | | $53,000.00 |

56. **Total of Part 9.**                                                          | $107,100.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

---

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>Sompo America Insurance (#3900) general liability<br>National Indemnity Company (#1861) auto liability<br>Lloyds of London (#4982) CBY<br>Westfield Specialty Insurance (#0625) Liability<br><br>Value of policies recognizes premium refund if policies cancelled. | $77,554.21 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Jamey Noel<br><br>All claims asserted in Utica Township Volunteer Fire Fighters Association v. Jamey Noel, et al<br>Case No. 10D06-2409-PL-000091 Clark County (IN)<br>Superior Court No. 6<br><br>Restitution order for $2,870,924.00 to be paid by Jamey Noel (10C01-2311-F5-000297) | $228,509.96 |

| Nature of claim | theft and fraud |
|---|---|
| Amount requested | $2,870,924.00 |

Utica Township Volunteer Fire Fighters Association v. Jamey Noel, et al
Case No. 10D06-2411-PL-000113 Clark County (IN)
Superior Court No. 6

Unknown

| Nature of claim | Foreclosure |
|---|---|
| Amount requested | $0.00 |

Potential insurance claim for Directors and Officers policy due to the actions of former CEO and CFO Jamey Noel

Remaining balance under policy limits. Debtor intends to make a claim in the near future under D&O policy for Jamey's mismanagement.

$245,000.00

| Nature of claim | |
|---|---|
| Amount requested | $245,000.00 |

Debtor    Utica Township Volunteer Fire Fighters Association                     Case number *(If known)* _____
            Name

State of Indiana, ex. Rel. Todd Rokita, Attorney General of
Indiana
v.
Utica Township Volunteer Fire Fighters Association, et al
10C01-2405-PL-000038
Clark Circuit Court #1                                                                  Unknown

**Nature of claim**          _____
**Amount requested**                              $0.00

---

Board of Fire Trustees, Utica Township Fire Protection
District
v.
Utica Township Volunteer Fire Fighters Association, et al
10D06-3408-PL-000075
Clark Circuit Court #6                                                                  Unknown

**Nature of claim**          _____
**Amount requested**                              $0.00

---

Misty Noel

All claims asserted in Utica Township Volunteer Fire
Fighters Association v. Jamey Noel, et al
Case No. 10D06-2409-PL-000091 Clark County (IN)
Superior Court No. 6

Restitution order for $660,806.64 to be paid by Misty Noel
(10C01-2401-F5-000029).                                                                 Unknown

**Nature of claim**          theft and fraud
**Amount requested**                       $660,806.64

---

Kasey Noel

All claims asserted in Utica Township Volunteer Fire
Fighters Association v. Jamey Noel, et al
Case No. 10D06-2409-PL-000091 Clark County (IN)
Superior Court No. 6

Restitution order for $108,660.59 to be paid by Kasey Noel
(10C01-2403-F6-00230)                                                                   Unknown

**Nature of claim**          theft and fraud
**Amount requested**                       $108,660.59

---

Potential claims/counterclaims against the Board of
Trustees, Utica Township Fire Protection District for breach
of contract and early termination of contract.                                          Unknown

**Nature of claim**          Breach of contract
**Amount requested**                              $0.00

---

Potential claim in the nature of turnover against the state of
Indiana which the Debtor only recently learned of and is
beginning to investigate related to claims the state made,
and benefits the state may have received, from the Debtors'
insurers. Debtors understand the State may have received
$255,000 from Debtor's insurer on Debtor's behalf.                                      Unknown

**Nature of claim**          _____
**Amount requested**                       $255,000.00

---

Debtor    Utica Township Volunteer Fire Fighters Association          Case number *(If known)* _____
          Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       Four season tickets to Cincinnati Reds                                          $7,500.00

---

78.    **Total of Part 11.**                                                    | $558,564.17 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   Utica Township Volunteer Fire Fighters Association          Case number *(If known)* _____
_____ Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,137.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $177,676.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $308,110.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,850,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $107,100.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $558,564.17 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,915,988.29 | + 91b. $107,100.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,023,088.29 |

Schedule A/B Exhibit #1

| Description | LOT # | Est. Value |
|---|---|---|
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-299 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-300 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-301 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-302 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-303 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-304 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-305 | $300 |
| Tempstar HVAC Roof Top Unit Natural Gas 208/230 3 Phase 47,500 BTU | 24471-306 | $300 |
| Suihe 20ft x 40ft x 6ft  Fabric Hoop Building for Storage Conatianers | 24471-307 | $750 |
| Suihe 20ft x 30ft x 12ft  Fabric Hoop Building | 24471-308 | $750 |
| 12ft x 24ft x 40ft  Steel Building /  Carport | 24471-309 | $1,500 |
| 12ft x 24ft x 40ft  Steel Building /  Carport | 24471-310 | $1,500 |
| ErectaStep Modular Platforms & Stairs | 24471-311 | $500 |
| Stryker Stair Chair | 24471-312 | $500 |
| 2011 Chevy 3500 HD Road Rescue Ambulance Duramax Diesel | 24471-313 | $10,000 |
| Stryker 6500 XT Power-Pro EMS Stretcher | 24471-314 | $5,000 |
| Stryker 6500 XT Power-Pro EMS Stretcher | 24471-315 | $5,000 |
| Stryker 6500 XT Power-Pro EMS Stretcher | 24471-316 | $5,000 |
| Stryker 6500 XT Power-Pro EMS Stretcher | 24471-317 | $5,000 |
| Craftsman 150 PSI 17 Gallon Air Compressor | 24471-318 | $100 |
| Craftsman 150 PSI 27 Gallon Air Compressor | 24471-319 | $150 |
| Man Lift | 24471-320 | $1,500 |
| Samsung Over the Range Stainless Microwave Oven New in Box | 24471-321 | $100 |

| | | |
|---|---|---|
| LG Stainless Over the Range Microwave Oven | 24471-322 | |
| New in Box | | $100 |
| Samsung Stainless Dishwasher New in Box | 24471-323 | $200 |
| Diamond 24" Base Cabinet | 24471-324 | $25 |
| 37" White Vanity Top" New in Box | 24471-325 | $25 |
| Lot of 3 12" Upper Cabinets | 24471-326 | $75 |
| 21x30 Wall Cabinet | 24471-327 | $25 |
| Water hose | 24471-328 | $5 |
| Water hose | 24471-329 | $5 |
| Stihl BR 600 Backpack Blower | 24471-330 | $100 |
| Stihl Backpack BR 600 Blower | 24471-331 | $100 |
| 200 Amp Die Hard Battery Charger | 24471-332 | $20 |
| Large Conference Table | 24471-333 | $100 |
| Pelonis 49 pint per day Dehumidifier | 24471-334 | $50 |
| Washer & Dryer Set | 24471-335 | $100 |
| Red Emt Bag | 24471-336 | $45 |
| Red Emt Bag | 24471-337 | $45 |
| Red Emt Bag | 24471-338 | $45 |
| Red Emt Bag | 24471-339 | $45 |
| Red Emt Bag | 24471-340 | $45 |
| Red Emt Bag | 24471-341 | $45 |
| Orange Emt Bag | 24471-342 | $30 |
| Orange Emt Bag | 24471-343 | $30 |
| Orange Emt Bag | 24471-344 | $30 |
| Ferno Stair Chair | 24471-345 | $200 |
| Lifepack 12 with 3 Batteries & Charger | 24471-346 | $75 |
| Lifepack 12 with 3 Batteries & Charger | 24471-347 | $75 |
| Lifepack 10 | 24471-348 | $5 |
| Lot of 4 Lifepack 500 AED | 24471-350 | $100 |
| Craftsman 150 PSI 33 Gallon Air Compressor | 24471-351 | $150 |
| Water hose on Reel | 24471-352 | $50 |
| Shark Vacuum | 24471-353 | $25 |
| Mop Bucket and Ringer | 24471-354 | $5 |
| Air Hose with Wilton Tire Gauge / Chuck | 24471-355 | $20 |
| Diamond 36" Vanity Base | 24471-356 | $25 |
| 36" Vanity Base Cabinet | 24471-357 | $25 |
| Lot of 4 Used Office Chairs | 24471-359 | $40 |
| Lot of Office Desks | 24471-360 | $10 |

| Item | Lot Number | Price |
|---|---|---|
| Lot of twin bed frames | 24471-361 | $10 |
| Lot of 2 Office Desks 1 is an L desk | 24471-362 | $50 |
| Flatscreen TV & Arm Mount | 24471-363 | $25 |
| Office Desk | 24471-364 | $25 |
| Office Desk | 24471-365 | $25 |
| Lot of 3 Oversized Used Office Chairs | 24471-366 | $5 |
| Dell Flatscreen Monitor | 24471-367 | $10 |
| Lot of 2 Flatscreen Monitors | 24471-368 | $20 |
| Office Filing Cabinet | 24471-369 | $5 |
| Lot of 4 Lifepack 500 AED | 24471-370 | $50 |
| Lot of 4 Lifepack 500 AED | 24471-371 | $50 |
| Lot of 4 Lifepack 500 AED | 24471-372 | $50 |
| Lifepack 500 AED & 7 Batteries | 24471-373 | $60 |
| Lot of 7 Used Office Chairs | 24471-374 | $20 |
| Lot of 4 Used Office Chairs | 24471-375 | $20 |
| Lockers 36" x 78" | 24471-376 | $100 |
| Lockers 36" x 78" | 24471-377 | $100 |
| Lockers 36" x 78" | 24471-378 | $100 |
| Lockers 36" x 78" | 24471-379 | $100 |
| Bunn Commercial Coffee Maker | 24471-380 | $50 |
| Palm Sander | 24471-381 | $5 |
| Janitorial Cart | 24471-382 | $20 |
| Janitorial Cart | 24471-383 | $20 |
| Stryker Stair Chair | 24471-384 | $500 |
| Lifepack 12 with 3 Batteries & Charger | 24471-385 | $75 |
| Lifepack 12 with 3 Batteries & Charger | 24471-386 | $75 |
| Lifepack 15 with 2 Batteries SPO2, ECG, Bluetooth | 24471-387 | $1,000 |
| Lifepack 15 with 2 Batteries SPO2, ECG, Bluetooth | 24471-388 | $1,000 |
| Lifepack 15 with 2 Batteries SPO2, ECG, Bluetooth | 24471-389 | $1,000 |
| Set of Executive Conference Tables | | $200 |
| 6 office chairs (downstairs) | | $50 |
| 3 4-drawer file cabinets (downstairs) | | $35 |
| LG Refrigerator | | $750 |
| Desktop comupter (time clock) | | $50 |
| Desktop computer (downstairs workstation) | | $75 |

| | |
|---|---|
| Bunn Coffee Maker | $50 |
| Fire King 4-drawer file cabinet | $100 |
| Black 3-drawer cabinet | $20 |
| Cannon Safe | $350 |
| Fire King 2-drawer safe | $75 |
| Black Recliner | $100 |
| Black Recliner | $100 |
| Black Recliner | $100 |
| Black Recliner | $100 |
| Black Recliner (in storage) | $100 |
| Black Recliner (in storage) | $100 |
| Black 2-seat reclining sofa | $150 |
| Black 2-seat reclining sofa (in storage) | $150 |
| L-desk (training room) | $50 |
| 4 folding tables (training room) | $100 |
| lot of used office chairs (training room) | $50 |
| White board | $50 |
| desk & cabinet set (dave) | $150 |
| desk & cabinet set (paul) | $150 |
| desktop computer (prather) | $75 |
| desktop computer (Alli) | $75 |
| Independent Servers | 500 |
| Yealink Phones (8) | $300 |
| 4-drawer file cabinet (matt) | $15 |
| TV (training room) | $200 |
| TV (dayroom) | $200 |
| Samsung Refrigerator (storage) | $300 |
| electric range (storage) | $150 |
| executive office furnature (storage) | $200 |
| Computer charging cart (dayroom) | $100 |
| Computer charging cart (storage) | $50 |
| Tv (storage) | $75 |
| Stryker Stretchers (20, assorted) | $125,000 |
| Stryker Staichairs (17, assorted) | $8,500 |
| Lifepack 15 (10, assorted) | $50,000 |
| Consumable Medical Supplies (est. inventory) | $20,000 |
| Portable Ventilators (3) | $4,500 |
| toughbook computers | |

| | |
|---|---|
| Air Compressor (bay) | $150 |
| stationary shelving (bay, 4) | $200 |
| rolling shelving (bay, 6) | $300 |
| Assorted field laptops (decommisioned) | $500 |
| Panasonic CF33 (4) | $2,000 |
| 10 15" tires | $650 |
| 14' folding ladder (5) | $600 |
| 55 gal Def | $200 |
| Slide toolbox for truck | $250 |
| Firelight Skid Unit | $5,000 |
| JLG 12SP Man Lift | $1,500 |
| Diesel Water pump (5) | 1000 |
| Pallet Assorted Office Supplies | 75 |
| Transmission Jack | 125 |
| Muffler Jack | 50 |
| Scrap Aluminum slide trays | 100 |
| Facility Mntc. Supplies | 75 |
| 20 Gal Air Compressor | 100 |
| 33 Gal Air Compressor | 125 |
| Assorted Office Supplies | 75 |
| Msc. Shop Supplies | 75 |
| Cannon Safe | 400 |
| Motorola XTL 2500 (40) | $16,000 |
| Kenwood Radio (7) | $3,500 |
| Motorola XTS 2500 (26) | $5,200 |
| Motorola XTS 5000 (2) | $400 |
| Motorola APX 6000 (12) | $9,600 |
| **Total** | $308,110 |

Exhibit #2 - Association vehicles with liens

| Schedule D | Year | Make | Model | Plate # | VIN | Purchase Date | Mileage | Lien Holder | Account # | Balance | Rate | Term | Maturity Date | Est. Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.2 | 2024 | Ford | E-350 | TK290OSU | 1FDWE3FN4RDD19029 | 4/22/2024 | 700 | KS Bank | 3362778 | $269,225.48 | 8.95% | 60 Mo. | 4/22/2029 | $140,000 |
| 2.2 | 2024 | Ford | E-350 | TK291OSU | 1FDWE3FN5RDD19041 | 4/22/2024 | 712 | KS Bank | 3362778 | $269,225.48 | 8.95% | 60 Mo. | 4/22/2029 | $140,000 |
| 2.3 | 2023 | Ford | Transit 250 | 97548 | 1FDBR2CG5PKA40247 | 6/5/2023 | 6500 | KS Bank | 3361799 | $185,800.74 | 8.15% | 60 Mo. | 6/5/2028 | $50,000 |
| 2.3 | 2023 | Ford | Transit 250 | 97549 | 1FDBR2CG7PKA40542 | 6/5/2023 | 15703 | KS Bank | 3361799 | $185,800.74 | 8.15% | 60 Mo. | 6/5/2028 | $50,000 |
| | | | | | | | | | | | | | | |
| 2.4 | 2021 | Kubota | Skid Steer | N/A | KBCZ021CCM1A15777 | 10/8/2021 | 95 Hrs. | Kubota | 94348711 | $10,327.06 | 0.00% | 48 Mo. | 10/8/2025 | $28,000 |
| | | | | | | | | | | | | | | |
| 2.5 | 2022 | Jeep | Wrangler | | 1C4JJXP68NW100789 | 5/31/2022 | 6187 | New Wash | 96456 | $8,563.86 | 4.99% | 36 Mo. | 6/15/2025 | $28,000 |
| 2.6 | 2023 | Cadillac | Escalade | 96725 | 1GYS4GKL3PR244979 | 2/4/2023 | 5723 | New Wash | 96876 | $46,741.73 | 6.75% | 36 Mo. | 2/21/2026 | $81,000.00 |
| 2.7 | 2023 | Jeep | Grand Waggoneer | | 1C4SJVGJ8NS110792 | 1/5/2022 | 7600 | New Wash | 96257 | $46,828.96 | 4.65% | 60 Mo. | 1/19/2027 | $50,000 |
| 2.8 | 2023 | Cadillac | Escalade | | 1GYS4SK99PR159538 | 10/26/2022 | < 3000 | New Wash | 96730 | $37,029.58 | 5.65% | 36 Mo. | 11/10/2025 | $90,000 |
| 2.9 | 2023 | Cadillac | CT5-V | | 1G6DV5RWXP0114043 | 1/16/2023 | < 3000 | New Wash | 96870 | $20,304.70 | 7.00% | 36 Mo. | 2/2/2026 | $40,000 |
| 2.10. | 2023 | Cadillac | CT5 | 550CSJ | 1G6DV5RW2P0147649 | 7/14/2023 | < 3000 | New Wash | 97278 | $41,604.94 | 7.24% | 36 Mo. | 7/14/2026 | $40,000 |
| 2.11 | 2022 | Chevrolet | Silverado | TK796OUF | 3GCPDCED2NG580516 | 11/15/2022 | 26530 | New Wash | 96745 | $19,757.03 | 6.09% | 36 Mo. | 10/30/2025 | $30,000 |
| 2.12 | 2024 | Chevrolet | 450 Box Truck | TK775OTS | 54DCDW1D1RS200081 | 8/12/2023 | 1004 | New Wash | 97349 | $26,202.32 | 7.75% | 36 Mo. | 8/26/2026 | $42,000 |
| 2.13 | 2021 | Ford | Transit 250 | 94576 | 1FDBR1CG7MKB02530 | 5/16/2022 | 50932 | New Wash | 38073 | $41,396.36 | 5.15% | 60 Mo. | 6/16/2027 | $30,000 |
| 2.14 | 2021 | Ford | Transit 250 | 94575 | 1FDBR1CG0MKB02529 | 5/16/2022 | 52866 | New Wash | 38072 | $41,389.70 | 5.15% | 60 Mo. | 5/16/2027 | $30,000 |
| | | | | | | | | | | | | | | |
| 2.15 | 2020 | Ford | Transit 250 | 89049 | 1FDBR1CG5LKA26708 | 7/2/2020 | 121545 | Rev Group | 98990327-1 | $5,878.39 | 5.97% | 60 Mo. | 7/2/2025 | $28,000 |
| 2.16 | 2020 | Ford | Transit 250 | 89050 | 1FDBR1CG3LKA26710 | 7/14/2020 | 93694 | Rev Group | 98990327-2 | $7,329.84 | 5.97% | 60 Mo. | 7/14/2025 | $25,000 |
| 2.17 | 2021 | Ford | E-350 | 90693 | 1FDWE3FN5MDC18610 | 4/12/2021 | Unknown | Rev Group | 98990327-3 | $54,301.12 | 5.60% | 60 Mo. | 4/12/2026 | $3,500 |
| 2.17 | 2021 | Ford | E-350 | 90691 | 1FDWE3FN1MDC18605 | 4/12/2021 | Unknown | Rev Group | 98990327-3 | $54,301.12 | 5.60% | 60 Mo. | 4/12/2026 | $3,500 |
| | | | | | | | | | | | | | | |
| 2.18 | N/A | Stryker | Powerloaders (4) | N/A | N/A | 12/24/2022 | N/A | Stryker | 975-8201715-004 | $30,507.20 | 0.00% | 36 Mo. | 11/24/2025 | $80,000 |
| 2.19 | N/A | Stryker | Powerloader (1) | N/A | N/A | 6/1/2024 | N/A | Stryker | 975-8201715-005 | $74,593.68 | 0.00% | 36 Mo. | 5/24/2027 | $20,000 |

**Total**    $1,029,000

Exhibit #3 - Association vehicles without liens

| Year | Make | Model | Plate # | VIN | Purchase Date | Mileage | Est. Value |
|------|------|-------|---------|-----|---------------|---------|------------|
| 2023 | Ford | E-350 | 337DQF | 1FDWE3FN6PDD00947 | 2/13/2023 | 52737 | $70,000 |
| 2023 | Ford | E-350 | 338DQF | 1FDWE3FN9PDD11957 | 2/13/2023 | 67455 | $70,000 |
| 2011 | Chevrolet | 3500 HD | 15359 | 1GB3C0C15BF137675 | 12/11/2012 | 245609 | $10,000 |
| 2021 | Ford | Transit 250 | 339DQF | 1FDBR1CG8LKB75260 | 8/13/2021 | 94526 | $30,000 |
| 2020 | Ford | F-450 | 90692 | 1FDRF3HT2LDA07014 | 3/29/2021 | 30901 | $85,000 |
| 2019 | Ford | Transit 350 | 85827 | 1FDBW2XMXKKB26719 | 10/1/2019 | 118621 | $28,000 |
| 1983 | Chevrolet | Custom Deluxe 30 | CK5112 | 1CBJK34W5DV131405 | Unknown | 16750 | $2,500 |
| 2010 | Chevrolet | 3500 HD | 68150 | 1GB9G5B64A1125746 | 12/6/2010 | 172999 | $6,000 |
| 2019 | Ford | Transit 350 | 85828 | 1FDBW2XM8KKB26718 | 10/1/2019 | 141686 | $28,000 |
| 1952 | Dodge | Fire Apparatus | 33743 | 82824328 | 2/4/2014 | Unknown | $500 |
| 1991 | Chevrolet | 3500 | 27756 | 1GCGR33K9MF302733 | Unknown | 25233 | $5,000 |
| 2024 | Chevrolet | Silverado | TK259OSF | 2GC4YPEY3R1232112 | 5/28/2024 | 18595 | $65,000 |
| 2024 | Dodge | Durango | 753DIQ | 1C4RDJFG2RC182821 | 4/26/2024 | 6608 | $32,000 |
| 2017 | Chevrolet | City Van | 336DQF | 3N63M0YN9HK722506 | 10/15/2019 | 25098 | $15,000 |
| 2015 | Chevrolet | Tahoe | 335DQF | 1GNSKBKC7FR644791 | 6/25/2024 | 120405 | $12,000 |
| 2018 | Dodge | Durango | 881DRK | 1C4RDJDG7JC271680 | 8/6/2024 | 107393 | $12,000 |
| 2015 | Chevrolet | Camaro | | 2G1FZ1EE0F9700215 | 2/16/2016 | 1658 | $50,000 |
| 2019 | Dodge | Challenger | | 2C3CDZL98KH502984 | 10/10/2019 | 100 | $75,000 |
| 2020 | Dodge | Charger | | 2C3CDXL9XLH122664 | 3/2/2020 | 183 | $50,000 |
| 2021 | Dodge | Challenger | | 2C3CDZL90MH534251 | 5/24/2021 | 43 | $75,000 |
| 1995 | Ford | F800 | | 1FDNF80C1SVA06548 | 1/28/2021 | 37591 | $5,000 |
| 2015 | Kawasaki | Mule | N/A | JKBAFSC16FB500699 | 12/20/2020 | 148 Hrs. | $6,500 |
| 2012 | Kawasaki | Mule | N/A | JK1AFCR12CB514953 | Unknown | 227 Hrs. | $5,000 |
| 2012 | Kawasaki | Mule | N/A | Unknown | Unknown | 138 Hrs. | $5,000 |
| 2001 | Club Car | Carryall 6 | N/A | JG0139-074056 | Unknown | 256 Hrs. | $1,000 |
| ? | Cub Cadet | Zero Turn | N/A | Unknown | Unknown | < 10 | * |
| 2020 | Kubota | UTV | N/A | A5KC2GBDVGG029320 | Unknown | Unknown | * |
| 2022 | Chevrolet | Suburban | 772DSA | 1GNSKGKL8NR125213 | 3/21/2022 | 40000 | $50,000 |

* item may have been sold by Indiana State Police    Total    $793,500

**Fill in this information to identify the case:**

Debtor name ___Utica Township Volunteer Fire Fighters Association___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF INDIANA - NEW ALBANY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property             12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** AFCO Insurance Premium Finance<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Sompo America Insurance (#3900) general liability<br>National Indemnity Company (#1861) auto liability<br>Lloyds of London (#4982) CBY<br>Westfield Specialty Insurance (#0625) Liability<br><br>Value of policies recognizes premium refund if policies c | $77,554.21 | $77,554.21 |

150 N. Field Dr., Suite 190
Lake Forest, IL 60045
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** KS State Bank<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2024 Ford E-350<br>2024 Ford E-350 | $269,225.48 | $280,000.00 |

1010 Westloop Place
Manhattan, KS 66502
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

Debtor   Utica Township Volunteer Fire Fighters Association                    Case number (if known)   _____
         Name

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
2778

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.3 | KS State Bank | | | $185,800.74 | $100,000.00 |

KS State Bank                                **Describe debtor's property that is subject to a lien**
Creditor's Name                              2023 Ford Transit 250
                                             2023 Ford Transit 250
1010 Westloop Place
Manhattan, KS 66502
Creditor's mailing address                   **Describe the lien**

                                             **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
1799

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.4 | Kubota | | | $10,327.06 | $28,000.00 |

Kubota                                       **Describe debtor's property that is subject to a lien**
Creditor's Name                              2021 Kubota Skid Steer

PO Box 2046
Grapevine, TX 76099
Creditor's mailing address                   **Describe the lien**

                                             **Is the creditor an insider or related party?**
                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
8711

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.5 | New Washington State Bank | **Describe debtor's property that is subject to a lien** | $8,563.86 | $28,000.00 |

---

Debtor  Utica Township Volunteer Fire Fighters Association

Name

Case number (if known) _____

---

Creditor's Name

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6456

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2022 Jeep Wrangler

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6  New Washington State Bank

Creditor's Name

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6876

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Cadillac Escalade     $46,741.73     $81,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7  New Washington State Bank

Creditor's Name

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6257

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2023 Jeep Grand Wagoneer     $46,828.96     $50,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | New Washington State Bank | **Describe debtor's property that is subject to a lien** | $37,029.58 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Cadillac Escalade

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
6730

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | New Washington State Bank | **Describe debtor's property that is subject to a lien** | $20,304.70 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Cadillac CT5-V

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
6870

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | New Washington State Bank | **Describe debtor's property that is subject to a lien** | $41,604.94 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Cadillac CT5

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor   Utica Township Volunteer Fire Fighters Association          Case number (if known) _____
               Name

Creditor's email address, if known          ☐ Yes
_____             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
_____             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
7278
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its             ☐ Disputed
priority.

---

| 2.1 1 | New Washington State Bank | Describe debtor's property that is subject to a lien | $19,757.03 | $30,000.00 |

Creditor's Name
2022 Chevrolet Silverado

1059 Market St.
Charlestown, IN 47111
Creditor's mailing address                  **Describe the lien**
                                            _____

                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ■ No
                                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
6745
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 2 | New Washington State Bank | Describe debtor's property that is subject to a lien | $26,202.32 | $42,000.00 |

Creditor's Name
2024 Chevrolet 450 Box Truck

1059 Market St.
Charlestown, IN 47111
Creditor's mailing address                  **Describe the lien**
                                            _____

                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ■ No
                                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
7349
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1 3 | New Washington State Bank | Describe debtor's property that is subject to a lien | $41,396.36 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

2021 Ford Transit 250

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
8073

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | New Washington State Bank | Describe debtor's property that is subject to a lien | $41,389.70 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

2021 Ford Transit 250

1059 Market St.
Charlestown, IN 47111

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
8072

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | REV Federal Credit Union | Describe debtor's property that is subject to a lien | $5,878.39 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Ford Transit 250

P.O. Box 118000
Charleston, SC 29423

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   Utica Township Volunteer Fire Fighters Association                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**
3271

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | REV Federal Credit Union | **Describe debtor's property that is subject to a lien** | $7,329.84 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2020 Ford Transit 250 | | |

P.O. Box 118000
Charleston, SC 29423
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3272

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.17 | REV Federal Credit Union | **Describe debtor's property that is subject to a lien** | $54,301.12 | $7,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2021 Ford E-350<br>2021 Ford E-350 | | |

P.O. Box 118000
Charleston, SC 29423
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3273

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.18 | Stryker Flex Financial | **Describe debtor's property that is subject to a lien** | $30,507.20 | $80,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 8

Debtor **Utica Township Volunteer Fire Fighters Association**
_____
Name

Case number (if known) _____

---

Creditor's Name
_____

**1941 Stryker Way**
**Portage, MI 49002**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5004

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

Stryker Powerloader
Stryker Powerloader
Stryker Powerloader
Stryker Powerloader
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | | |

Stryker Flex Financial
_____
Creditor's Name

**1941 Stryker Way**
**Portage, MI 49002**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5005

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
Stryker Powerloader
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$74,593.68        $20,000.00

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,045,336.90 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name ___Utica Township Volunteer Fire Fighters Association___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF INDIANA - NEW ALBANY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Jackie Clowers<br>Waters, Tyler, Hofmann & Scott, LLC<br>1947 E. Spring St.<br>New Albany, IN 47150<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _legal fee_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,500.84 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Samsara<br>1 De Haro St.<br>San Francisco, CA 94107<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _arrearage on contract for GPS and vehicle monitoring services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Utica Township Fire Protection District<br>5820 Utica Pike<br>Jeffersonville, IN 47130<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Zoll Data Systems<br>11802 Ridge Parkway, Suite 400<br>Broomfield, CO 80021<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _past due fees for service_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,000.00 |

### Part 3:   List Others to Be Notified About Unsecured Claims

26018

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number (if known) | |
|---|---|---|---|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Dane Richard Kurth<br>Indiana Government Center South<br>5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204 | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Gregory Taylor<br>Eddins Domine Law Group, PLLC<br>3950 Westport Road<br>Louisville, KY 40207 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.3 | H. Kevin Eddins<br>Eddins Domine Law Group, PLLC<br>3950 Westport Road<br>Louisville, KY 40207 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Heather M Crockett<br>Indiana Government Center South<br>5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204-2770 | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Lydia Ann Golten<br>Office of the Attorney General<br>302 W. Washington Street<br>Indiana Government Center South, 5th Flo<br>Indianapolis, IN 46204 | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Marielle Bryce Riedle<br>Indiana Government Center South<br>Fifth Floor<br>302 W Washington St<br>Indianapolis, IN 46204 | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Melissa Anderson Hofe<br>Eddins Domine Law Group, PLLC<br>3950 Westport Road<br>Louisville, KY 40207 | Line 3.3<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 31,500.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 31,500.84 |

**Fill in this information to identify the case:**

Debtor name    Utica Township Volunteer Fire Fighters Association

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Workers Compensation insurance | |
| | State the term remaining | 12 months | 7710 Insurance Company |
| | List the contract number of any government contract | | 1 North Cantey Street, Suite 106 Summerton, SC 29148 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Cyber liability insurance | |
| | State the term remaining | 12 months | CFC Floor 16 |
| | List the contract number of any government contract | | 48 Wall Street New York, NY 10005 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | primary office space | |
| | State the term remaining | 24 months | Chris McCarty |
| | List the contract number of any government contract | | 511 Little League Boulevard Clarksville, IN 47129 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Directors and officers, employment practices, and crime insurance policy | |
| | State the term remaining | 12 months | Counterpart Insurance |
| | List the contract number of any government contract | | 440 North Barranca Avenue, Suite 7008 Covina, CA 91723 |

Debtor 1  Utica Township Volunteer Fire Fighters Association                    Case number *(if known)* _____

      First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | outdoor vehicle storage of ambulances | |
| | State the term remaining | month to month | Diesel Boys LLC |
| | List the contract number of any government contract | | 5601 US 31 Clarksville, IN 47129 |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Storage of equipment and vehicles. Month to month lease. | |
| | State the term remaining | unknown | Mary Ann Holcomb and William Tribby |
| | List the contract number of any government contract | | 4905 New Chapel Road Jeffersonville, IN 47130 |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 2022 Mercedes EQB300 Account No. 5002325816001 | |
| | State the term remaining | 7 months | Mercedes Benz Finance |
| | List the contract number of any government contract | | POB 9001680 Louisville, KY 40290-1680 |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | auto insurance | |
| | State the term remaining | 12 months | National Indemnity Company |
| | List the contract number of any government contract | | 1314 Douglas Street, Suite 1400 Omaha, NE 68102-1944 |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | auto insurance | |
| | State the term remaining | 12 months | Progressive Commercial Insurance Solutions |
| | List the contract number of any government contract | | 583 S. Lake Rd. S. Scottsburg, IN 47170 |

Debtor 1  Utica Township Volunteer Fire Fighters Association                    Case number *(if known)*
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest — Vehicle fleet GPS and monitoring service | |
| State the term remaining — 12 months | |
| List the contract number of any government contract | Samsara<br>1 De Haro St.<br>San Francisco, CA 94107 |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest — general liability & professional liability | |
| State the term remaining — 12 months | |
| List the contract number of any government contract | SOMPO America Insurance Co.<br>1221 Avenue of the Americas, Floor 18<br>New York, NY 10020 |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest — property insurance | |
| State the term remaining — 12 months | |
| List the contract number of any government contract | The Hartford Insurance Company<br>690 Asylum Avenue<br>Hartford, CT 06155 |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest — Liability insurance | |
| State the term remaining — 12 months | |
| List the contract number of any government contract | Westfield Specialty Insurance<br>300 Connell Dr.<br>Berkeley Heights, NJ 07922 |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest — CAD system | |
| State the term remaining | |
| List the contract number of any government contract | Zoll Data Systems<br>11802 Ridge Parkway, Suite 400<br>Broomfield, CO 80021 |

**Fill in this information to identify the case:**

Debtor name __Utica Township Volunteer Fire Fighters Association__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA - NEW ALBANY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana - New Albany

In re    Utica Township Volunteer Fire Fighters Association      Case No. _____

                  Debtor(s)               Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     Standard hourly rates range between $300 and $425

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | $25,000.00 retainer for both cases paid by Utica Township Volunteer Fire Fighters Association |
| Prior to the filing of this statement I have received | $ | $25,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; preparation and filing of applications as needed; preparation and filing of motions.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation before any court or in any proceeding other than the United States Bankruptcy Court where the petition was filed.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 22, 2025 | /s/ William P. Harbison |
| *Date* | William P. Harbison 27139-53 |
| | *Signature of Attorney* |
| | Seiller Waterman LLC |
| | Meidinger Tower - 22nd Floor |
| | 462 S. 4th Street |
| | Louisville, KY 40202 |
| | 502-584-7400  Fax: 502-583-2100 |
| | harbison@derbycitylaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of Indiana - New Albany

In re _Utica Township Volunteer Fire Fighters Association_            Case No. _____

Debtor(s)            Chapter    _11_

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _July 22, 2025_            Signature _/s/ Matthew C. Owen_

Matthew C. Owen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA - NEW ALBANY

In re:                                                    )        Case No. _____
Utica Township Volunteer Fire Fighters Association        )
                                                          )        ☐ Check if this form is submitted with an amended creditor
                                                          )        list.
_____                 )
                                        Debtor(s).        )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: July 22, 2025                                      /s/ Matthew C. Owen
                                                          Matthew C. Owen
                                                          Signature of Debtor


                                                          _____
                                                          Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

7710 Insurance Company
1 North Cantey Street, Suite 106
Summerton, SC 29148


AFCO Insurance Premium Finance
150 N. Field Dr., Suite 190
Lake Forest, IL 60045


American Express
POB 650448
Dallas, TX 75265-0448


Chris McCarty
511 Little League Boulevard
Clarksville, IN 47129


Counterpart Insurance
440 North Barranca Avenue, Suite 7008
Covina, CA 91723


Dane Richard Kurth
Indiana Government Center South
5th Floor
302 West Washington Street
Indianapolis, IN 46204


Gregory Taylor
Eddins Domine Law Group, PLLC
3950 Westport Road
Louisville, KY 40207


H. Kevin Eddins
Eddins Domine Law Group, PLLC
3950 Westport Road
Louisville, KY 40207

Heather Crockett
Indiana Government Center South, 5th Flo
302 W. Washington St.
Indianapolis, IN 46204-2770


Heather M Crockett
Indiana Government Center South
5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770


Indiana Dept of Revenue
100 N Senate Ave
Indianapolis, IN 46204


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jackie Clowers
Waters, Tyler, Hofmann & Scott, LLC
1947 E. Spring St.
New Albany, IN 47150


Jamey Noel
c/o Larry Wilder
530 East Court Avenue
Jeffersonville, IN 47130


Kasey Noel
c/o Sunnye Bush-Sawtelle
Law Office of Sunnye Bush-Sawtelle, LLC
530 E Court Ave
Jeffersonville, IN 47130


KS State Bank
1010 Westloop Place
Manhattan, KS 66502

Kubota
PO Box 2046
Grapevine, TX 76099


Lydia Ann Golten
Office of the Attorney General
302 W. Washington Street
Indiana Government Center South, 5th Flo
Indianapolis, IN 46204


Marielle Bryce Riedle
Indiana Government Center South
Fifth Floor
302 W Washington St
Indianapolis, IN 46204


Melissa Anderson Hofe
Eddins Domine Law Group, PLLC
3950 Westport Road
Louisville, KY 40207


Mercedes Benz Finance
POB 9001680
Louisville, KY 40290-1680


Misty Noel
c/o J. Bart McMahon
119 South Seventh Street
Fourth Floor
Louisville, KY 40202


New Washington State Bank
1059 Market St.
Charlestown, IN 47111


Office of Indiana Attorney General
302 W. Washington St.
 IGCS 5th Fl
Indianapolis, IN 46204

REV Federal Credit Union
P.O. Box 118000
Charleston, SC 29423


Samsara
1 De Haro St.
San Francisco, CA 94107


Stryker Flex Financial
1941 Stryker Way
Portage, MI 49002


The Hartford Insurance Company
690 Asylum Avenue
Hartford, CT 06155


Thorntons Fleet Works
PO Box 13050
Overland Park, KS 66282-3050


Utica Township Fire Protection District
5820 Utica Pike
Jeffersonville, IN 47130


Zoll Data Systems
11802 Ridge Parkway, Suite 400
Broomfield, CO 80021

# United States Bankruptcy Court
## Southern District of Indiana - New Albany

In re   Utica Township Volunteer Fire Fighters Association

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Utica Township Volunteer Fire Fighters Association   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 22, 2025

Date

/s/ William P. Harbison

William P. Harbison 27139-53

Signature of Attorney or Litigant

Counsel for   Utica Township Volunteer Fire Fighters Association

Seiller Waterman LLC

Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
502-584-7400 Fax:502-583-2100
harbison@derbycitylaw.com