UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. **25-90840-AKM-11** |
| **UTICA TOWNSHIP VOLUNTEER** ) | |
| **FIREFIGHTERS ASSOCIATION,** ) | CHAPTER 11 (SUBCHAPTER V) |
| ) | |
| DEBTOR. ) | |
| ) | |

**STATEMENT IN LIEU OF FINANCIAL DOCUMENTS**

\*\*\*   \*\*\*   \*\*\*

I, Matthew Owen, hereby state:

1. I am the President of the Board of Directors of the Utica Township Volunteer Firefighters Association ("Debtor"), which is the debtor and debtor-in-possession in the above-captioned chapter 11 case.

2. I am authorized by the Debtor to submit this statement on its behalf.

3. On the date hereof (the "Petition Date"), the Debtor filed its voluntary petition for relief in the United States Bankruptcy Court for the Southern District of Indiana (the "Court") under subchapter V of chapter 11 of the Bankruptcy Code, as well as certain motions and other papers.

4. On the Petition Date, along with its petition for relief, the Debtor filed its 2024 balance sheet and profit and loss statement in the form they were maintained when this case was commenced. The Debtor filed its 2022 Form 990 Return of Organization Exempt from Income Tax, which is its most recently filed return.

5. The Debtor has not prepared a cash-flow statement.

6. I make this statement to comply with the requirements of 11 U.S.C. § 1116(1)(B).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 22, 2025

/s/ Matthew Owen
MATTHEW OWEN, *President*
Utica Township Volunteer Firefighters Association

*G:\doc\WPH\Utica Township Fire Dept\Pleadings\Stmt in Lieu of Fin Docs - Assoc.docx*