**EXHIBIT B**
**Budget**

## Budget -13 Weeks
**UTVFFA**

PERIOD BEGIN:   7/7/2025
PERIOD END:     10/6/2025

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/7/2025 | 7/14/2025 | 7/21/2025 | 7/28/2025 | 8/4/2025 | 8/11/2025 | 8/18/2025 | 8/25/2025 | 9/1/2025 | 9/8/2025 | 9/15/2025 | 9/22/2025 | 9/29/2025 | 10/6/2025 | |
| **Cash on hand (beginning of week)** | $90,000.00 | $98,018.58 | $60,176.58 | $60,344.17 | $40,069.00 | $49,249.49 | $28,054.08 | $36,678.72 | $14,996.31 | $18,809.63 | $1,755.18 | $9,020.86 | ($11,179.55) | ($12,023.72) | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| Sales | $14,000.00 | $12,000.00 | $12,000.00 | $20,000.00 | $14,000.00 | $12,000.00 | $14,000.00 | $12,000.00 | $22,000.00 | $16,000.00 | $12,000.00 | $14,000.00 | $14,001.00 | $14,002.00 | $174,000.00 |
| **TOTAL CASH RECEIPTS** | $14,000.00 | $12,000.00 | $12,000.00 | $20,000.00 | $14,000.00 | $12,000.00 | $14,000.00 | $12,000.00 | $22,000.00 | $16,000.00 | $12,000.00 | $14,000.00 | $14,001.00 | $14,002.00 | $174,000.00 |
| **Total cash available** | $104,000.00 | $110,018.58 | $72,176.58 | $80,344.17 | $54,069.00 | $61,249.49 | $42,054.08 | $48,678.72 | $36,996.31 | $34,809.63 | $13,755.18 | $23,020.86 | $2,821.45 | $1,978.28 | |
| **CASH PAID OUT** | | | | | | | | | | | | | | | |
| Building Lease ($3,200/mo)($500/mo)($450/mo)($700 | $500.00 | $450.00 | $700.00 | $3,200.00 | $500.00 | $450.00 | $700.00 | $0.00 | $3,200.00 | $500.00 | $450.00 | $700.00 | $3,200.00 | $450.00 | $15,000.00 |
| Employee Wages | | $16,000.00 | | $17,500.00 | | $17,500.00 | | $17,500.00 | | $17,500.00 | | $17,500.00 | | $17,500.00 | $103,500.00 |
| Employee Withholding Taxes | | $5,600.00 | | $5,900.00 | | $5,900.00 | | $5,900.00 | | $5,900.00 | | $5,900.00 | | $5,900.00 | $35,100.00 |
| Health Insurance | | | | $7,085.17 | | | | | $7,085.17 | | | | $7,085.17 | | $14,170.34 |
| Insurance (other than health) | $1,161.91 | $13,021.00 | $8,124.41 | | | $7,660.45 | $1,049.36 | $8,124.41 | | $7,660.45 | $1,049.36 | $8,124.41 | | $7,660.45 | $55,975.76 |
| Billing Fees(.059 of receipts) | $826.00 | $708.00 | $708.00 | $1,180.00 | $826.00 | $708.00 | $826.00 | $708.00 | $1,298.00 | $944.00 | $708.00 | $826.00 | | | $10,266.00 |
| Oxygen | | | | $400.00 | | | | $400.00 | | | | $400.00 | $400.00 | | $1,200.00 |
| BuildingRepairs and Maint. | | | | $250.00 | | | | $250.00 | | | | $250.00 | $250.00 | | $750.00 |
| Med Supplies | | | | $500.00 | | | | $200.00 | | | | $500.00 | $0.00 | | $1,200.00 |
| Phone/Internet | $400.00 | $226.96 | | $510.00 | $400.00 | $226.96 | | | $510.00 | $400.00 | $226.96 | | $510.00 | $400.00 | $2,900.88 |
| Fuel | $500.00 | | $2,000.00 | | $500.00 | | $2,000.00 | | | $500.00 | | $2,000.00 | | $500.00 | $7,500.00 |
| Utilities (approx. $2,000/mo) | $93.51 | | | $200.00 | $93.51 | | | $200.00 | | $93.51 | | | $200.00 | $93.51 | $680.53 |
| Edward Jones (SIMPLE Contributions | $2,500.00 | | | | $2,500.00 | | | | $2,500.00 | | | | | $2,500.00 | $7,500.00 |
| Training/Travel | | $150.00 | | | | $150.00 | | | | | $150.00 | | | | $450.00 |
| Vehicle Maint. | | | $300.00 | | | | | $300.00 | | | | $300.00 | | | $900.00 |
| PR/Markettting | | | | $350.00 | | | | | | | | | | | $350.00 |
| Uniforms (BHF ramp-up) | | | | | | | | $500.00 | | | | | | | $500.00 |
| Legal | | | | $3,000.00 | | | | | | $3,000.00 | | | | | $6,000.00 |
| Other Incidental Services (ABS for Zoll switch) | | | | | | $600.00 | | | | | | | | | $600.00 |
| Other Expenses | | $13,686.04 | | $200.00 | | | | | $400.00 | | | | $200.00 | | $14,286.04 |
| SUBTOTAL | $5,981.42 | $49,842.00 | $11,832.41 | $40,275.17 | $4,819.51 | $33,195.41 | $5,375.36 | $33,682.41 | $18,186.68 | $33,054.45 | $4,734.32 | $34,200.41 | $14,845.17 | $35,003.96 | $275,179.55 |
| **CREDITORS** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | $0.00 |
| **TOTAL CASH PAID OUT** | $5,981.42 | $49,842.00 | $11,832.41 | $40,275.17 | $4,819.51 | $33,195.41 | $5,375.36 | $33,682.41 | $18,186.68 | $33,054.45 | $4,734.32 | $34,200.41 | $14,845.17 | $35,003.96 | $275,179.55 |
| **Cash on hand (end of period)** | $98,018.58 | $60,176.58 | $60,344.17 | $40,069.00 | $49,249.49 | $28,054.08 | $36,678.72 | $14,996.31 | $18,809.63 | $1,755.18 | $9,020.86 | ($11,179.55) | ($12,023.72) | ($33,025.68) | |