UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **IN RE:** | ) |
| | ) CASE NO. 25-90840-AKM-11 |
| UTICA TOWNSHIP VOLUNTEER FIRE FIGHTERS ASSOCIATION, *et al.*,[1] | ) |
| | ) CHAPTER 11 (SUBCHAPTER V) |
| | ) |

# ORDER APPROVING INTERIM USE OF CASH COLLATERAL

\*\*\*     \*\*\*     \*\*\*

This matter is before the Court on the *Debtors' First-Day Motion for Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion"). Having considered the Motion, the Owen Declaration[2], and being otherwise duly advised, the Court now **GRANTS** the Motion on an interim basis, and ORDERS as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Utica Township Volunteer Firefighter Association (3426) and Utica Township Fire Department, Inc. (8532).

[2] Capitalized terms not otherwise defined herein shall have the same meaning as given them in the Motion.

1. The Debtors shall be and hereby are authorized, retroactive to the Petition Date, to use Cash Collateral for those purposes and in those amounts set forth in the Budget submitted with the Motion, subject to reasonable variances, as and when such expenses become due and payable.

2. This Order is without prejudice to the rights of any entity that asserts a valid perfected lien against the Debtors' cash collateral.

3. Nothing in this order is intended to be a determination of the extent, validity, or priority of any party's lien, or of the value of collateral purporting to secure the indebtedness owed by either Debtor to any party.

4. Use of cash collateral is authorized until the date that is three business days after the next hearing scheduled regarding this matter.

5. The Court shall retain jurisdiction for the purpose of interpreting and enforcing this order.

SO ORDERED.

###