**Exhibit A**

(John Jones Proposal)



**P.O. BOX 241 • 1520 S. Jackson St. • Salem, Indiana 47167 • (812) 883-3081 • (812) 883-5188**

John Jones Salem Dealerships, Inc.

1520 S Jackson Street

Salem, IN 47167


Hereby enter the following Bids for the following vehicles:

2020 charger hellcat Daytona 50th anniversary
2C3CDXL9XLH122664
182 miles
$50,000.00


2019 Hellcat Redeye Widebody
2C3CDZL98KH502984
100 miles exactly
$77,500.00


2021 Challenger Hellcat Super Stock
2C3CDZL90MH534251
43 miles
$77,500.00


2015 Chevy Camaro Z28
2G1FZ1EE0F9700215
1,658 miles
$55,000.00


Thank you,

Jared Sullivan
Vehicle Inventory Specialist



