| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Utica Township Volunteer Fire Fighters Association | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA - NEW ALBANY | |
| Case number (if known) | 25-90840-AKM-11 | ☐ Check if this is an amended filing |

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ☑ Operating a business<br>☐ Other | $423,159.00 |
   | For prior year:<br>From 1/01/2024 to 12/31/2024 | ☑ Operating a business<br>☐ Other | $5,182,614.00 |
   | For year before that:<br>From 1/01/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other | $7,155,222.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 1/01/2025 to Filing Date | Sale of real estate | $394,453.00 |
   | **For prior year:**<br>From 1/01/2024 to 12/31/2024 | Sale of equipment | $300,105.00 |
   | **For prior year:**<br>From 1/01/2024 to 12/31/2024 | Sale of vehicles | $285,840.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

Debtor   Utica Township Volunteer Fire Fighters Association                Case number *(if known)*  25-90840-AKM-11

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | 7710 Insurance Company<br>1 North Cantey Street, Suite 106<br>Summerton, SC 29148 | May 15, 2025 ($12,863.50)<br>June 17, 2025($12,863.50) | $25,727.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  insurance |
| 3.2. | American Express<br>POB 650448<br>Dallas, TX 75265-0448 | June 17, 2025 | $17,631.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | New Washington State Bank<br>402 E Main St<br>New Washington, IN 47162 | July 2, 2025 | $11,691.24 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Progressive Commercial Insurance Solutions<br>583 S. Lake Rd. S.<br>Scottsburg, IN 47170 | July 16, 2025 | $13,015.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  insurance |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **2**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number (if known) | 25-90840-AKM-11 |
|---|---|---|---|

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Susan Briner, Individually and as Personal Representative of the Estate of Christopher Briner<br>v.<br>Utica Township Volunteer Fire Fighters Association, et al<br>10D06-2403-CT-000049 | Wrongful Death | Clark Superior Court<br>Clark County Government Building and Cou<br>501 East Court Avenue<br>Jeffersonville, IN 47130 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | State of Indiana, ex. Rel. Todd Rokita, Attorney General of Indiana<br>v.<br>Utica Township Volunteer Fire Fighters Association, et al<br>10C01-2405-PL-000038 | Contract | Clark Circuit Court 1<br>Clark County Government Building and Cou<br>501 East Court Avenue<br>Jeffersonville, IN 47130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Board of Fire Trustees, Utica Township Fire Protection District<br>v.<br>Utica Township Volunteer Fire Fighters Association, et al<br>10D06-3408-PL-000075 | Breach of Contract | Clark Circuit Court No. 6<br>Clark County Government Building and Cou<br>501 East Court Avenue<br>Jeffersonville, IN 47130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Utica Township Volunteer Fire Fighters Association<br>v.<br>Jamey Noel, et al<br>10D06-2411-PL-000113 | Foreclosure | Clark Circuit Court No. 6<br>Clark County Government Building and Cou<br>501 East Court Avenue<br>Jeffersonville, IN 47130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Utica Township Volunteer Fire Fighters Association<br>v.<br>Jamey Noel, et al<br>10C06-2409-PL-000091 | | Clark Circuit Court No. 6<br>Clark County Government Building and Cou<br>501 East Court Avenue<br>Jeffersonville, IN 47130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Utica Township Volunteer Fire Fighters Association<br>v.<br>Board of Fire Trustees, Utica Township Fire Protection DIstrict<br>24A-PL-02646 | Appeal | Indiana Court of Appeals<br>115 W Washington St<br>Indianapolis, IN 46204 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  Utica Township Volunteer Fire Fighters Association   Case number *(if known)* 25-90840-AKM-11

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | Board of Fire Trustees, Utica Township Fire Protection District<br>v.<br>Utica Township Volunteer Fire Fighters Association, et al<br>10D06-2408-PL-000075 | | Clark Circuit Court 6<br>501 E Court Ave<br>Jeffersonville, IN 47130 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Seiller Waterman LLC<br>Meidinger Tower - 22nd Floor<br>462 S. 4th Street<br>Louisville, KY 40202 | Attorney Fees | | $5,000.00 |
| | **Email or website address**<br>harbison@derbycitylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor: Utica Township Volunteer Fire Fighters Association  Case number (if known) 25-90840-AKM-11

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Seiller Waterman LLC<br>Meidinger Tower - 22nd Floor<br>462 S. 4th Street<br>Louisville, KY 40202 | Attorney Fees | | $20,000.00 |
| | **Email or website address**<br>harbison@derbycitylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Leslie Beatty<br>4683 Paoli Pike<br>Floyds Knobs, IN 47119 | 4683 Paoli Pike<br>Floyds Knobs, IN 47119 | June 13, 2025 | $195,000.00 |
| | **Relationship to debtor**<br>none | | | |
| 13.2. | Greater Clark County Schools<br>2112 Utica-Sellersburg Rd.<br>Jeffersonville, IN 47130 | 3720 Utica Sellersburg Road<br>Jeffersonville, IN 47130 | February 2025 | $220,000.00 |
| | **Relationship to debtor**<br>none | | | |
| 13.3. | See Exhibit #1, Gov Deals sales reports | Please see attached Exhibit 1 containing a list of items sold by Debtor through Gov Deals. | 1/1/2024 - 12/31/2024 | $300,826.81 |
| | **Relationship to debtor** | | | |
| 13.4. | Matthew Owen<br>511 Little League Boulevard<br>Suite C<br>Clarksville, IN 47129 | Ice-O-Matic Ice Machine purchased by Matthew Owen through Gov Deals equipment sale | 08/23/2024 | $1,025.00 |
| | **Relationship to debtor**<br>President/CEO | | | |

Debtor　Utica Township Volunteer Fire Fighters Association　　　Case number *(if known)*　25-90840-AKM-11

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | Paul Holcomb 511 Little League Blvd Suite C Clarksville, IN 47129 | 40" Flatscreen TV & Arm Mount purchased through Gov Deals equipment sale. | 08/24/2024 | $50.00 |
| | **Relationship to debtor** Vice President | | | |
| 13.6. | Paul Holcomb 511 Little League Blvd Suite C Clarksville, IN 47129 | Working Can Pepsi Vending Machine purchased through Gov Deals equipment sale | 08/24/2024 | $360.00 |
| | **Relationship to debtor** Vice President | | | |
| 13.7. | Stephen Prather 511 Little League Blvd Clarksville, IN 47129 | Hitachi LE46S605 46" LCD TV & Wall Bracket purchased through Gov Deals equipment sale | 08/23/2024 | $40.00 |
| | **Relationship to debtor** Board Member | | | |
| 13.8. | Utica Township Fire Department Inc. 511 Little League Blvd., Suite C Clarksville, IN 47129 | Reimbursement of $92,828.35 payment made by Utica Township Fire Department Inc. to McNeil & Co. for insurance premium. | June, 2025 | $92,828.35 |
| | **Relationship to debtor** affiliated entity | | | |

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 5820 Utica Pike Jeffersonville, IN 47130 | 1999 - August 2024 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

Official Form 207　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　page **6**

Debtor   Utica Township Volunteer Fire Fighters Association        Case number *(if known)* 25-90840-AKM-11

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    Personal health information including, but not limited to, name, date of birth, address, social security number, telephone number, health and medical conditions, and insurance information

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | Diesel Boys, LLC<br>5601 US 31<br>Clarksville, IN 47129 | Matt Owen<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | storage of vehicles | ☐ No<br>☑ Yes |
    | Mary Ann Holcomb and William Tribby<br>4905 New Chapel Road<br>Jeffersonville, IN 47130 | Matt Owen<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | storage of equipment | ☐ No<br>☑ Yes |

Debtor   Utica Township Volunteer Fire Fighters Association                   Case number *(if known)* 25-90840-AKM-11

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Indiana State Police<br>8014 County Rd 311<br>Sellersburg, IN 47172 | unknown | 2023 Cadillac Escalade<br>2023 Jeep Grand Waggoneer<br>2023 Cadillac Escalade<br>2023 Cadillac CT5-V<br>2023 Cadillac CT5<br>2022 Dodge Ram 2500<br>2022 Jeep Wrangler<br>2023 Chevrolet Tahoe | ☐ No<br>☑ Yes |
| Insurance Solutions<br>43 E Kerton St.<br>Scottsburg, IN 47170 | Matt Owen<br>511 Little League Blvd.,<br>Suite C<br>Clarksville, IN 47129 | indoor storage of vehicles | ☐ No<br>☑ Yes |
| Indy Air Sales LLC<br>282 Airport Road<br>Anderson, IN 46017 | unknown | 1959 Cessna<br>Model 172<br>Serial No. 46280<br>FAA Number N6180E | ☐ No<br>☑ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number (if known) | 25-90840-AKM-11 |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  David Kempflien<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  Indiana State Board of Accounts<br>302 W. Washington St.<br>Indianapolis, IN 46204 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Utica Township Volunteer Fire Fighters Association | Case number *(if known)* | 25-90840-AKM-11 |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Owen | 511 Little League Boulevard Suite C Clarksville, IN 47129 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Wilkerson | 511 Little League Boulevard Suite C Clarksville, IN 47129 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Holcomb | 511 Little League Boulevard Suite C Clarksville, IN 47129 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen Prather | 511 Little League Boulevard Suite C Clarksville, IN 47129 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shannon Grant | 511 Little League Boulevard Suite C Clarksville, IN 47129 | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Matthew Owen 511 Little League Blvd., Suite C Clarksville, IN 47129 | $151,737.60 | July 2024 - July 2025 | payroll compensation |
| | **Relationship to debtor** President | | | |
| 30.2. | Paul Holcomb 511 Little League Blvd., Suite C Clarksville, IN 47129 | $123,679.62 | July 2024 - July 2025 | payroll compensation |
| | **Relationship to debtor** Vice President | | | |

Debtor    Utica Township Volunteer Fire Fighters Association         Case number (if known) 25-90840-AKM-11

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Kevin Wilkerson<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | $88,590.67 | July 2024 - July 2025 | payroll compensation |
| | **Relationship to debtor**<br>Board Member | | | |
| 30.4. | Stephen Prather<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | $66,949.13 | July 2024 - July 2025 | $65,049.73 payroll compensation<br>$1,889.40 education reimbursement |
| | **Relationship to debtor**<br>Board Member | | | |
| 30.5. | Shannon Grant<br>511 Little League Blvd., Suite C<br>Clarksville, IN 47129 | $50,173.40 | July 2024 - July 2025 | payroll compensation |
| | **Relationship to debtor**<br>Board Member | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                   **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the pension fund**

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 21, 2025

*/s/ Matthew C. Owen/*                                  Matthew C. Owen
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor     President of the Board of Directors

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Exhibit 1**

(Association's Gov Deals report)

Sold Asset Report

Utica Township Volunteer Fire Fighters Association, IN
Date range: 01 Jan 2024 - 31 Dec 2024

| ID | Inventory ID | Description | Category | Buyer | Starting Bid | Sold Amount | Bids | Auction End Date | Auction End Time | Status | Credit Date | Credit Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 10 | 2008 Chevrolet Express Duramax Ambulance | Ambulance/Rescue | Sandra Suljic | $100.00 | $2,775.00 | 68 | 10-May-2024 | 1:38 PM ET | PU | | |
| 80 | 80 | Lot of Fire Fighting Nozzles | Fire and Police Equipment | John Caufield | $10.00 | $180.00 | 21 | 08-May-2024 | 6:04 PM ET | PU | | |
| 81 | 81 | Fire Foam Nozzle | Fire and Police Equipment | Michael Stark | $10.00 | $42.00 | 3 | 08-May-2024 | 5:53 PM ET | PU | | |
| 83 | 83 | Lot of Fire Fighting Monitors and other hose Acc. | Fire and Police Equipment | Michael Stark | $100.00 | $100.00 | 1 | 08-May-2024 | 5:57 PM ET | PU | | |
| 85 | 85 | 2018 Kubota KX040-4 Mini Excavator - Low Hours | Excavators | Brad Doeden | $41,000.00 | $41,000.00 | 1 | 26-Mar-2024 | 9:34 AM ET | PU | | |
| 87 | 87 | Hurst Spreader 5000 psi Tool (NOS) | Fire and Police Equipment | Paul Pless | $10.00 | $170.00 | 11 | 29-Mar-2024 | 11:08 AM ET | PU | | |
| 88 | 88 | Hurst Spreader 5000 psi Tool (NOS) | Fire and Police Equipment | Paul Pless | $10.00 | $137.00 | 10 | 29-Mar-2024 | 11:14 AM ET | PU | | |
| 89 | 89 | Centaur Dual Combo Spreader / Cutter Tool (NOS) | Fire and Police Equipment | Rodney Good | $10.00 | $129.00 | 9 | 29-Mar-2024 | 11:26 AM ET | PU | | |
| 90 | 90 | Centaur Combo Cutter / Spreader Tool (NOS) | Fire and Police Equipment | david bush | $10.00 | $77.00 | 8 | 29-Mar-2024 | 11:57 AM ET | PU | | |
| 91 | 91 | Ferrara Spreader / cutter comboTool (NOS) | Fire and Police Equipment | Rodney Good | $10.00 | $69.00 | 5 | 01-Apr-2024 | 3:05 PM ET | PU | | |
| 92 | 92 | Ferrara 10000 psi Spreader Tool (NOS) | Fire and Police Equipment | Shannon Hills Fire depar | $10.00 | $137.00 | 15 | 29-Mar-2024 | 11:20 AM ET | PU | | |
| 93 | 93 | Ferrara Spreader / cutter combo Tool (NOS) | Fire and Police Equipment | DAVID DIETZ | $10.00 | $132.00 | 11 | 01-Apr-2024 | 3:03 PM ET | PU | | |
| 94 | 94 | Ferrara Ram Tool (NOS) | Fire and Police Equipment | GREGORY GOTTWALD | $10.00 | $120.00 | 7 | 01-Apr-2024 | 3:04 PM ET | PU | | |
| 95 | 95 | Ferrara Ram Tool (NOS) | Fire and Police Equipment | david bush | $10.00 | $112.00 | 3 | 01-Apr-2024 | 3:02 PM ET | PU | | |
| 96 | 96 | Ferrara Ram Tool (NOS) | Fire and Police Equipment | Rodney Good | $10.00 | $129.00 | 3 | 29-Mar-2024 | 11:55 AM ET | PU | | |
| 97 | 97 | Ferrara Ram Tool (NOS) | Fire and Police Equipment | david bush | $10.00 | $166.00 | 29 | 01-Apr-2024 | 3:02 PM ET | PU | | |
| 98 | 98 | Ferrara Ram Tool (NOS) 700 bar | Fire and Police Equipment | Rodney Good | $10.00 | $129.00 | 10 | 29-Mar-2024 | 11:53 AM ET | PU | | |
| 99 | 99 | Ferrara Cutter Tool (NOS) 700 bar | Fire and Police Equipment | Rodney Good | $10.00 | $129.00 | 3 | 29-Mar-2024 | 11:51 AM ET | PU | | |
| 100 | 100 | Ferrara Cutter Tool Used as Demo Unit Only 700 Bar | Fire and Police Equipment | david bush | $10.00 | $122.00 | 3 | 29-Mar-2024 | 11:47 AM ET | PU | | |
| 101 | 101 | Ferrara Cutter Tool (NOS) Demo only | Fire and Police Equipment | GREGORY GOTTWALD | $10.00 | $122.00 | 6 | 01-Apr-2024 | 3:00 PM ET | PU | | |
| 102 | 102 | Ferrara Combo Spreader Cutter Tool (NOS) 10000 psi | Fire and Police Equipment | david bush | $10.00 | $57.00 | 10 | 29-Mar-2024 | 11:27 AM ET | PU | | |
| 103 | 103 | Ferrara Cutter Tool (NOS) | Fire and Police Equipment | Shannon Hills Fire depar | $10.00 | $150.00 | 7 | 29-Mar-2024 | 11:45 AM ET | PU | | |
| 104 | 104 | Ferrara Cutter Tool (NOS) | Fire and Police Equipment | Rodney Good | $10.00 | $129.00 | 12 | 29-Mar-2024 | 11:22 AM ET | PU | | |
| 105 | 105 | Centaur Dual Purpose Cutter / Spreader Tool (NOS) | Fire and Police Equipment | david bush | $10.00 | $102.00 | 9 | 29-Mar-2024 | 11:24 AM ET | PU | | |
| 106 | 106 | Ferrara Hydraulic Power Unit (NOS) Subaru Engine EA 190v engine runs but knocks | Fire and Police Equipment | Rodney Good | $10.00 | $71.00 | 6 | 01-Apr-2024 | 2:50 PM ET | PU | | |
| 107 | 107 | Ferrara Hydraulic Power Unit (NOS) Subaru Engine EA190V runs great | Fire and Police Equipment | aaron self | $10.00 | $151.00 | 14 | 01-Apr-2024 | 2:52 PM ET | PU | | |
| 108 | 108 | Ferrara Hydraulic Power Unit (NOS) Subaru Engine Ea190v runs great | Fire and Police Equipment | Rodney Good | $10.00 | $159.00 | 11 | 01-Apr-2024 | 2:51 PM ET | PU | | |
| 109 | 109 | Ferrara Hydraulic Power Unit (NOS) Subaru Engine 3.0 10000 psi | Fire and Police Equipment | allen spears | $10.00 | $530.00 | 16 | 29-Mar-2024 | 11:40 AM ET | PU | | |
| 110 | 110 | Hurst 220v Hydraulic Power Unit (NOS) | Fire and Police Equipment | matthew lenke | $10.00 | $530.00 | 22 | 29-Mar-2024 | 11:42 AM ET | PU | | |
| 111 | 111 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | david bush | $10.00 | $47.00 | 5 | 29-Mar-2024 | 11:36 AM ET | PU | | |
| 112 | 112 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | david bush | $10.00 | $35.00 | 7 | 29-Mar-2024 | 11:34 AM ET | PU | | |
| 113 | 113 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | allen spears | $10.00 | $66.00 | 23 | 29-Mar-2024 | 11:31 AM ET | PU | | |
| 114 | 114 | Hydraulic Hoses for saftey tools 10000 psi | Fire and Police Equipment | Rodney Good | $10.00 | $67.00 | 8 | 29-Mar-2024 | 11:28 AM ET | PU | | |
| 115 | 115 | Hydraulic Hoses with reel for saftey tools 66 | Fire and Police Equipment | Rodney Good | $10.00 | $77.00 | 7 | 29-Mar-2024 | 11:30 AM ET | PU | | |
| 116 | 116 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | david bush | $10.00 | $65.00 | 5 | 29-Mar-2024 | 11:35 AM ET | PU | | |
| 117 | 117 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | Paul Pless | $10.00 | $102.00 | 27 | 29-Mar-2024 | 11:39 AM ET | PU | | |
| 118 | 118 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | Paul Pless | $10.00 | $121.00 | 45 | 29-Mar-2024 | 11:46 AM ET | PU | | |
| 119 | 119 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | DAVID DIETZ | $10.00 | $10.00 | 1 | 21-Apr-2024 | 10:09 AM ET | PU | | |
| 120 | 120 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | david bush | $10.00 | $24.00 | 3 | 29-Mar-2024 | 11:36 AM ET | PU | | |
| 121 | 121 | 2008 Chevrolet Express Wheeled Coach Ambulance | Ambulance/Rescue | John Thomason | $100.00 | $1,100.00 | 19 | 29-Mar-2024 | 1:25 PM ET | PU | | |
| 122 | 122 | 2011 GMC 4500 Ambulance | Ambulance/Rescue | Kenny Hughbanks | $10.00 | $1,425.00 | 41 | 29-Mar-2024 | 1:51 PM ET | PU | | |

| # | # | Item | Category | Bidder | Start | Bid | Bids | Date | Time | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 123 | Ferrara 220v Hydraulic Power Unit (NOS) | Fire and Police Equipment | jeff jones | $10.00 | $185.00 | 19 | 21-Apr-2024 | 10:10 AM ET | PU | | |
| 124 | 124 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | allen spears | $10.00 | $163.00 | 24 | 01-Apr-2024 | 2:52 PM ET | PU | | |
| 125 | 125 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | jeff jones | $10.00 | $44.00 | 8 | 21-Apr-2024 | 10:09 AM ET | PU | | |
| 126 | 126 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | jeff jones | $10.00 | $20.00 | 3 | 21-Apr-2024 | 10:08 AM ET | PU | | |
| 127 | 127 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | DAVID DIETZ | $10.00 | $10.00 | 1 | 21-Apr-2024 | 10:07 AM ET | PU | | |
| 129 | 129 | Hydraulic Hoses fittings for saftey tools | Fire and Police Equipment | matthew lenke | $10.00 | $170.00 | 12 | 01-Apr-2024 | 2:55 PM ET | PU | | |
| 130 | 130 | saftey tool ram attachment | Fire and Police Equipment | jeff jones | $10.00 | $47.00 | 7 | 21-Apr-2024 | 10:07 AM ET | PU | | |
| 131 | 131 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | david bush | $10.00 | $110.00 | 23 | 01-Apr-2024 | 2:59 PM ET | PU | | |
| 132 | 132 | Hydraulic Hoses for saftey tools | Fire and Police Equipment | jeff jones | $10.00 | $39.00 | 7 | 21-Apr-2024 | 10:06 AM ET | PU | | |
| 135 | 135 | 2015 Chevrolet Express Ambulance Parts / Scrap | Ambulance/Rescue | Brandon Conn | $100.00 | $825.00 | 26 | 19-Aug-2024 | 10:03 AM ET | PU | | |
| 136 | 136 | Ferrara Cutter / Spreader rescue tool NOS | Fire and Police Equipment | jeff jones | $10.00 | $125.00 | 11 | 21-Apr-2024 | 10:12 AM ET | PU | | |
| 137 | 137 | Salvage Master wet vac new in box | Fire and Police Equipment | jeff jones | $10.00 | $235.00 | 19 | 21-Apr-2024 | 10:22 AM ET | PU | | |
| 138 | 138 | 30 cases of All Around Sanitizing Wipes Pallet | Medical Equipment and Supplies | Michael McKinnies | $10.00 | $21.00 | 3 | 21-Apr-2024 | 10:33 AM ET | PU | | |
| 139 | 139 | 30 cases of All Around Sanitizing Wipes Pallet | Medical Equipment and Supplies | Michael McKinnies | $10.00 | $21.00 | 3 | 21-Apr-2024 | 10:34 AM ET | PU | | |
| 140 | 140 | 30 cases of All Around Sanitizing Wipes Pallet | Medical Equipment and Supplies | Greg Banach | $10.00 | $33.00 | 3 | 21-Apr-2024 | 10:39 AM ET | PU | | |
| 142 | 142 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | GREGORY GOTTWALD | $500.00 | $1,730.00 | 13 | 20-Apr-2024 | 3:06 PM ET | PU | | |
| 143 | 143 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | GREGORY GOTTWALD | $500.00 | $1,800.00 | 16 | 20-Apr-2024 | 3:26 PM ET | PU | | |
| 144 | 144 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | GREGORY GOTTWALD | $10.00 | $1,875.00 | 52 | 20-Apr-2024 | 3:31 PM ET | PU | | |
| 145 | 145 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | GREGORY GOTTWALD | $10.00 | $2,000.00 | 52 | 19-Apr-2024 | 3:41 PM ET | PU | | |
| 146 | 146 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | stephen soblaskey | $500.00 | $1,935.00 | 28 | 19-Apr-2024 | 3:33 PM ET | PU | | |
| 147 | 147 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | GREGORY GOTTWALD | $10.00 | $1,950.00 | 54 | 19-Apr-2024 | 3:38 PM ET | PU | | |
| 148 | 148 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | Billy Carver | $500.00 | $2,025.00 | 24 | 26-Apr-2024 | 5:03 PM ET | PU | | |
| 149 | 149 | Atlas PP8S 4 Post Lift 8,000lbs | Vehicle Equipment/Parts | Billy Carver | $500.00 | $2,325.00 | 21 | 26-Apr-2024 | 3:05 PM ET | PU | | |
| 150 | 150 | Talyn Plus 1 Tire Changer | Vehicle Equipment/Parts | Mohamud Osman | $100.00 | $600.00 | 19 | 29-Apr-2024 | 3:30 PM ET | PU | | |
| 151 | 151 | Talyn Plus 2 Wheel Balancer with 40" Max. Tire Diameter | Vehicle Equipment/Parts | Carmelo De Jesus | $100.00 | $210.00 | 10 | 05-May-2024 | 11:30 AM ET | NP | | |
| 151 | 151 | Talyn Plus 2 Wheel Balancer with 40" Max. Tire Diameter | Vehicle Equipment/Parts | Carmelo De Jesus | - | ($210.00) | 10 | 05-May-2024 | 11:30 AM ET | NP | 06-May-2024 | 3:20 PM ET |
| 152 | 152 | Atlas® WB11 Self-Calibrating Computer Wheel Balancer | Vehicle Equipment/Parts | mark niehaus | $100.00 | $625.00 | 25 | 29-Apr-2024 | 3:36 PM ET | PU | | |
| 153 | 153 | Pull out Bed unit was in a 2005 Chevy 2500 Long Bed | Vehicle Equipment/Parts | Bobby Windell | $50.00 | $155.00 | 13 | 06-May-2024 | 12:27 PM ET | PU | | |
| 154 | 154 | Direct Lift PP8S (standard) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Robert Beller | $500.00 | $2,250.00 | 32 | 29-Apr-2024 | 3:37 PM ET | PU | | |
| 155 | 155 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Billy Carver | $10.00 | $1,825.00 | 21 | 29-Apr-2024 | 3:52 PM ET | PU | | |
| 156 | 156 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Billy Carver | $500.00 | $1,825.00 | 7 | 29-Apr-2024 | 3:53 PM ET | PU | | |
| 157 | 157 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Kenny Hughbanks | $10.00 | $1,850.00 | 20 | 29-Apr-2024 | 3:54 PM ET | PU | | |
| 158 | 158 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Billy Carver | $500.00 | $1,925.00 | 9 | 29-Apr-2024 | 3:54 PM ET | PU | | |
| 159 | 159 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Robert Beller | $10.00 | $2,025.00 | 25 | 29-Apr-2024 | 4:04 PM ET | PU | | |
| 160 | 160 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Robert Beller | $10.00 | $2,025.00 | 28 | 29-Apr-2024 | 4:12 PM ET | PU | | |
| 161 | 161 | Atlas PP8H (Tall) Four Post Lift 8000lbs | Vehicle Equipment/Parts | Robert Beller | $10.00 | $2,025.00 | 30 | 29-Apr-2024 | 4:04 PM ET | PU | | |
| 162 | 162 | Atlas BP8000 8,000 lb Baseplate Lift 2 Post Lift | Vehicle Equipment/Parts | mark niehaus | $100.00 | $1,550.00 | 25 | 02-May-2024 | 3:56 PM ET | PU | | |
| 163 | 163 | Atlas BP8000 8,000 lb Baseplate Lift 2 Post Lift | Vehicle Equipment/Parts | John Machen | $100.00 | $1,625.00 | 49 | 02-May-2024 | 4:06 PM ET | PU | | |
| 164 | 164 | Atlas BP8000 8,000 lb Baseplate Lift 2 Post Lift | Vehicle Equipment/Parts | joe cafego | $100.00 | $1,734.00 | 41 | 02-May-2024 | 4:13 PM ET | PU | | |
| 165 | 165 | Atlas BP8000 8,000 lb Baseplate Lift 2 Post Lift | Vehicle Equipment/Parts | Landon Guthrie | $10.00 | $1,450.00 | 46 | 02-May-2024 | 4:08 PM ET | PU | | |
| 166 | 166 | Tornado Floorkeeper EZ 20 | Janitorial Equipment | Linda Hall | $50.00 | $265.00 | 7 | 08-May-2024 | 11:26 AM ET | PU | | |
| 167 | 167 | 2017 Ford Transit Wheeled Coach Ambulance | Ambulance/Rescue | RUBEN BALAYAN | $100.00 | $24,000.00 | 69 | 13-May-2024 | 11:53 AM ET | PU | | |
| 168 | 168 | 2017 Ford Transit Wheeled Coach Ambulance | Ambulance/Rescue | Daniel Kloever | $100.00 | $28,500.00 | 80 | 13-May-2024 | 11:47 AM ET | PU | | |
| 169 | 169 | 2008 Chevrolet Express Ambulance | Ambulance/Rescue | Greg Myers | $100.00 | $4,150.00 | 63 | 13-May-2024 | 12:06 PM ET | PU | | |
| 170 | 170 | Stryker MX-PRO R3 Manual Stretcher | Medical Equipment and Supplies | Adarius Brown | $10.00 | $830.00 | 32 | 17-May-2024 | 8:37 AM ET | PU | | |
| 171 | 171 | Stryker MX-PRO R3 Manual Stretcher | Medical Equipment and Supplies | eric welch | $100.00 | $330.00 | 16 | 18-May-2024 | 12:42 PM ET | PU | | |
| 172 | 172 | EMS Stryker Stair Chair | Fire and Police Equipment | Jay Harary | $100.00 | $520.00 | 19 | 18-May-2024 | 12:47 PM ET | PU | | |
| 174 | 174 | Lot of Emergency extraction tools | Fire and Police Equipment | DAVID DIETZ | $100.00 | $310.00 | 15 | 15-May-2024 | 1:18 PM ET | PU | | |
| 175 | 175 | Large Lot of Scott SCBA packs & Tanks | Fire and Police Equipment | Michael McKinnies | $10.00 | $232.22 | 10 | 15-May-2024 | 1:28 PM ET | PU | | |
| 177 | 177 | Vizio 42 tv | Televisions | Christopher Lusher | $10.00 | $10.00 | 1 | 20-Jun-2024 | 10:20 AM ET | PU | | |
| 178 | 178 | 2006 Honda TRX500FE Foreman (4X4, Electric Start) | All Terrain Vehicles | Rod Armes | $100.00 | $2,781.00 | 56 | 15-Jul-2024 | 12:01 PM ET | PU | | |
| 179 | 179 | 2012 Ford Econoline | Ambulance/Rescue | George Tsimura | $500.00 | $15,400.00 | 47 | 22-Jul-2024 | 10:02 AM ET | PU | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 180 | 180 | 2017 Ford Transit Wheeled Coach Ambulance | Ambulance/Rescue | Kirill Adzigirey | $1,000.00 | $28,900.00 | 90 | 19-Aug-2024 | 2:30 PM ET | PU | |
| 181 | 181 | Lot of 9 Stair Chairs including Stryker & Ferno | Medical Equipment and Supplies | Jimmy Ahanobi | $100.00 | $4,500.00 | 54 | 19-Aug-2024 | 6:15 PM ET | PU | |
| 182 | 182 | Lot of 9 Stryker MX-Pro Manual Stretchers | Medical Equipment and Supplies | Jimmy Ahanobi | $100.00 | $6,250.00 | 32 | 19-Aug-2024 | 6:16 PM ET | PU | |
| 183 | 183 | Lot of 9 Fire Helmets | Fire and Police Equipment | mike simon | $10.00 | $47.54 | 9 | 19-Aug-2024 | 6:10 PM ET | PU | |
| 184 | 184 | 2 Pallets of Fire Hose | Fire and Police Equipment | Scott Rasa | $50.00 | $157.00 | 11 | 19-Aug-2024 | 6:09 PM ET | PU | |
| 185 | 185 | 1 pallet of 5" Fire Hose | Fire and Police Equipment | steven Parkhill | $10.00 | $300.00 | 14 | 19-Aug-2024 | 6:11 PM ET | PU | |
| 186 | 186 | Ferno 35x PROFlexx Stretcher and ambulance mount | Medical Equipment and Supplies | Maribel Calderon | $100.00 | $200.00 | 5 | 19-Aug-2024 | 6:08 PM ET | PU | |
| 187 | 187 | 1" Firehose | Fire and Police Equipment | Michael Henley | $10.00 | $20.00 | 3 | 19-Aug-2024 | 6:07 PM ET | PU | |
| 188 | 188 | Louisville 8 step rolling ladder | Warehouse and Material Handling Equipment | mark niehaus | $100.00 | $150.00 | 5 | 21-Aug-2024 | 5:11 PM ET | PU | |
| 190 | 190 | Firelite | Fire and Police Equipment | Brandon Price | $600.00 | $1,302.00 | 19 | 19-Aug-2024 | 2:53 PM ET | PU | |
| 191 | 191 | Lot of Misc Fire equipment | Fire and Police Equipment | Ryan Tobin | $50.00 | $628.00 | 33 | 19-Aug-2024 | 7:33 PM ET | PU | |
| 193 | 193 | 1986 Chevrolet C/K 30 CHASSIS AND CAB, 6.2L V8 OHV DIESEL Brush Truck | Fire Trucks | Gene Bunch | $1,000.00 | $7,433.00 | 77 | 24-Aug-2024 | 12:31 PM ET | PU | |
| 194 | 194 | Stryker MX-Pro Manual Stretcher | Medical Equipment and Supplies | Ahadu Solomon | $100.00 | $500.00 | 29 | 20-Aug-2024 | 4:47 PM ET | PU | |
| 195 | 195 | Lot of EMS Back Boards | First Aid | chris yates | $10.00 | $12.00 | 2 | 22-Aug-2024 | 9:48 AM ET | PU | |
| 196 | 196 | 2 Fire Pumps | Fire and Police Equipment | Eddie Tipton | $10.00 | $261.00 | 14 | 20-Aug-2024 | 4:46 PM ET | PU | |
| 199 | 199 | 1986 Chevrolet C/K 30 CHASSIS AND CAB, 6.2L V8 OHV DIESEL Brush Truck | Fire Trucks | Andrew jackson | $1,000.00 | $6,049.00 | 49 | 24-Aug-2024 | 12:12 PM ET | PU | |
| 200 | 200 | 1991 Oshkosh Tanker | Fire Trucks | Doug Anglin | $1,000.00 | $5,100.00 | 30 | 23-Aug-2024 | 12:59 PM ET | PU | |
| 201 | 201 | 1991 Chevrolet R3500 | Pickup Trucks | Richard Sceifers | $500.00 | $3,750.00 | 56 | 23-Aug-2024 | 11:28 AM ET | PU | |
| 202 | 202 | 1991 Chevrolet R3500 | Pickup Trucks | Kye Max | $500.00 | $2,525.00 | 31 | 23-Aug-2024 | 11:18 AM ET | NP | |
| 202 | 202 | 1991 Chevrolet R3500 | Pickup Trucks | Kye Max | - | ($2,525.00) | 31 | 23-Aug-2024 | 11:18 AM ET | NP | 10-Sep-2024   10:12 AM ET |
| 203 | 203 | 2001 Ford F-350 SD XL Crew Cab Long Bed 4WD Brush Truck | Fire Trucks | Shane Duzan | $1,000.00 | $6,101.00 | 34 | 22-Aug-2024 | 10:10 AM ET | PU | |
| 204 | 204 | 2003 Ford F-350 SD XL Crew Cab Long Bed 4WD Plow Truck | Pickup Trucks | Richard Sceifers | $500.00 | $2,500.00 | 21 | 23-Aug-2024 | 9:45 AM ET | PU | |
| 205 | 205 | 2007 Ford Expedition | SUV | Sean Struck | $100.00 | $851.00 | 30 | 22-Aug-2024 | 3:39 PM ET | PU | |
| 206 | 206 | 2010 Ford Econoline Wheel Chair Van | Vans | jarred fannin | $1,000.00 | $7,200.00 | 81 | 22-Aug-2024 | 9:45 AM ET | PU | |
| 207 | 207 | Lot od 3 Fire Rescue Ladders | Fire and Police Equipment | Joshua Norman | $100.00 | $467.00 | 23 | 22-Aug-2024 | 11:34 AM ET | PU | |
| 209 | 209 | Lot of Misc Supplies | Medical Equipment and Supplies | Michael McKinnies | $10.00 | $79.00 | 22 | 22-Aug-2024 | 12:29 PM ET | PU | |
| 210 | 210 | Bendepak HD-14LSX Automotive Lift with 14,000 lbs Capacity | Vehicle Equipment/Parts | Greg Wolffram | $500.00 | $4,600.00 | 33 | 22-Aug-2024 | 5:06 PM ET | PU | |
| 211 | 211 | Husky 2100 Gallon Portable Containment system | Fire and Police Equipment | Brandon Price | $50.00 | $50.00 | 1 | 22-Aug-2024 | 3:09 PM ET | PU | |
| 212 | 212 | Whirlpool Duet Front load Washer and Dryer Set | Laundry Equipment | Jonathan Curtis | $50.00 | $310.00 | 20 | 23-Aug-2024 | 12:05 PM ET | PU | |
| 213 | 213 | Whirlpool / Jenn Air 24.9 cu. ft. French Door Refrigerator | Kitchen Equipment | mark niehaus | $100.00 | $300.00 | 10 | 23-Aug-2024 | 12:04 PM ET | PU | |
| 214 | 214 | Whirlpool 25.3 cu. ft. Side by Side Refrigerator | Kitchen Equipment | mark niehaus | $50.00 | $300.00 | 12 | 23-Aug-2024 | 12:03 PM ET | PU | |
| 215 | 215 | Electric Range | Kitchen Equipment | Crystal Hensley | $50.00 | $64.00 | 4 | 23-Aug-2024 | 12:01 PM ET | PU | |
| 216 | 216 | Lot of 3 Stryker Stair Chairs | Medical Equipment and Supplies | Jason DeWitt | $100.00 | $2,000.00 | 24 | 23-Aug-2024 | 12:01 PM ET | PU | |
| 218 | 218 | Stryker MX-Pro Manual Stretcher | Medical Equipment and Supplies | Jason DeWitt | $100.00 | $875.00 | 23 | 23-Aug-2024 | 11:59 AM ET | PU | |
| 220 | 220 | ResQtec extraction tool set Jaws, Ram, Cutter | Fire and Police Equipment | Troy Newcomb | $100.00 | $1,026.00 | 33 | 23-Aug-2024 | 3:06 PM ET | PU | |
| 221 | 221 | Little Giant Ladder 9' - 15' | Fire and Police Equipment | steven Parkhill | $25.00 | $110.00 | 32 | 23-Aug-2024 | 3:16 PM ET | PU | |
| 222 | 222 | Ice-O-Matic Ice Machine | Commercial Food Service & Cafeteria Equipment | Matt Owen | $200.00 | $1,025.00 | 39 | 23-Aug-2024 | 3:04 PM ET | PU | |
| 223 | 223 | Hitachi LE46S605 46" LCD TV & Wall Bracket | Televisions | Stephen Prather | $20.00 | $40.00 | 11 | 23-Aug-2024 | 3:02 PM ET | PU | |
| 224 | 224 | Breathing Air Systems SCBA / SCUBA Fill Station Compressor 4500 PSI | Fire and Police Equipment | Steve Higgins | $300.00 | $1,585.00 | 12 | 23-Aug-2024 | 3:15 PM ET | PU | |
| 225 | 225 | Office Desk & Chair | Appliances and Furniture | steven Parkhill | $10.00 | $56.00 | 8 | 23-Aug-2024 | 3:31 PM ET | PU | |
| 226 | 226 | Electric Range | Kitchen Equipment | Kenny Hughbanks | $50.00 | $50.00 | 1 | 23-Aug-2024 | 3:28 PM ET | PU | |
| 227 | 227 | Electric Cookie Oven | Kitchen Equipment | scott adkins | $15.00 | $34.00 | 8 | 23-Aug-2024 | 3:27 PM ET | PU | |
| 228 | 228 | GE Microwave Oven | Kitchen Equipment | Kenny Hughbanks | $10.00 | $10.00 | 1 | 23-Aug-2024 | 3:26 PM ET | PU | |
| 229 | 229 | Bunn Commercial Coffee Maker | Commercial Food Service & Cafeteria Equipment | Mark Maxwell | $10.00 | $110.00 | 14 | 23-Aug-2024 | 3:33 PM ET | PU | |
| 233 | 233 | Office Desk & Table Chair Not Included | Appliances and Furniture | Mattia Di Paolo | $10.00 | $10.00 | 1 | 23-Aug-2024 | 10:23 PM ET | PU | |
| 234 | 234 | Office Desk, & Chair | Appliances and Furniture | Gregory Anglen | $1.00 | $21.00 | 11 | 23-Aug-2024 | 10:24 PM ET | PU | |
| 235 | 235 | Lockers | Appliances and Furniture | Eddie Tipton | $10.00 | $10.00 | 1 | 23-Aug-2024 | 2:28 PM ET | PU | |
| 236 | 236 | Lockers | Appliances and Furniture | Caanan Bush | $10.00 | $12.00 | 2 | 21-Aug-2024 | 5:30 AM ET | PU | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 237 | 237 | Lot of Misc Fire equipment | Fire and Police Equipment | Michael Henley | $100.00 | $776.00 | 30 | 22-Aug-2024 | 10:41 PM ET | PU | |
| 238 | 238 | Fire Hose Rack | Fire and Police Equipment | Michael Henley | $100.00 | $190.00 | 11 | 22-Aug-2024 | 2:39 PM ET | PU | |
| 239 | 239 | 2012 Ford Econoline Wheel Coach Ambulance | Ambulance/Rescue | angel velez | $1,000.00 | $8,100.00 | 20 | 24-Aug-2024 | 10:20 AM ET | PU | |
| 240 | 240 | 40" Flatscreen TV & Arm Mount | Televisions | Caleb Sorrells | $10.00 | $42.00 | 19 | 24-Aug-2024 | 10:59 AM ET | PU | |
| 241 | 241 | 40" Flatscreen TV & Arm Mount | Televisions | Paul Holcomb | $10.00 | $50.00 | 26 | 24-Aug-2024 | 11:10 AM ET | PU | |
| 243 | 243 | 2 New Office Chairs | Office Equipment/Supplies | John Caufield | $10.00 | $56.00 | 13 | 24-Aug-2024 | 10:49 AM ET | PU | |
| 244 | 244 | 9 New Office Chairs | Office Equipment/Supplies | Mark Maxwell | $10.00 | $325.00 | 27 | 24-Aug-2024 | 10:48 AM ET | PU | |
| 246 | 246 | Flatscreen TV & Arm Mount | Televisions | Steve Higgins | $10.00 | $10.00 | 1 | 24-Aug-2024 | 1:03 PM ET | PU | |
| 247 | 247 | Flatscreen TV | Televisions | Shawn Scott | $10.00 | $25.00 | 9 | 24-Aug-2024 | 1:08 PM ET | PU | |
| 249 | 249 | 3 Rolling Fire Gear Racks | Fire and Police Equipment | mike simon | $10.00 | $54.00 | 10 | 24-Aug-2024 | 9:01 PM ET | PU | |
| 250 | 250 | Working Can Pepsi Vending Machine | Vending Equipment | Paul Holcomb | $50.00 | $360.00 | 35 | 24-Aug-2024 | 9:21 PM ET | PU | |
| 251 | 251 | 2 Shop Vacs | Janitorial Equipment | Carl Haunz | $10.00 | $24.00 | 8 | 24-Aug-2024 | 8:59 PM ET | PU | |
| 252 | 252 | 2 Mop Buckets | Janitorial Equipment | Gregory Anglen | $5.00 | $32.00 | 11 | 24-Aug-2024 | 8:58 PM ET | PU | |
| 253 | 253 | 2 Office Table & 5 Office Chairs | Appliances and Furniture | Gregory Anglen | $10.00 | $50.00 | 16 | 24-Aug-2024 | 8:58 PM ET | PU | |
| 254 | 254 | Over Range Microwave Oven | Kitchen Equipment | Timothy Smith | $10.00 | $22.00 | 4 | 24-Aug-2024 | 8:57 PM ET | NP | |
| 254 | 254 | Over Range Microwave Oven | Kitchen Equipment | Timothy Smith | - | ($22.00) | 4 | 24-Aug-2024 | 8:57 PM ET | NP | 04-Oct-2024  3:34 PM ET |
| 255 | 255 | Stainless Microwave Oven | Kitchen Equipment | DAVID DIETZ | $10.00 | $28.00 | 6 | 24-Aug-2024 | 8:56 PM ET | PU | |
| 256 | 256 | 20 Training Desks | Office Equipment/Supplies | Gregory Anglen | $10.00 | $102.00 | 13 | 24-Aug-2024 | 9:00 PM ET | PU | |
| 257 | 257 | Work Out Machine | Exercise Equipment | Ben Stephen | $5.00 | $360.00 | 27 | 24-Aug-2024 | 9:02 PM ET | PU | |
| 258 | 258 | Quincy QT-7.5 Splash Lubricated Reciprocating Air Compressor, 7.5 HP, 230 Volt, 1 Phase, 80-Gallon Vertical | Industrial Compressors | Crystal Hensley | $250.00 | $2,025.00 | 53 | 25-Aug-2024 | 2:07 PM ET | PU | |
| 259 | 259 | 8944 MultiSpeed Brake Lathe | Vehicle Equipment/Parts | Ben Stephen | $100.00 | $723.00 | 37 | 25-Aug-2024 | 2:01 PM ET | PU | |
| 260 | 260 | MotorVac 500-1125BNA - Trans Tech IV Dual Mode Inline or Dipstick ATF Exchange System | Vehicle Equipment/Parts | Cari Skaggs | $100.00 | $477.00 | 18 | 25-Aug-2024 | 1:57 PM ET | PU | |
| 261 | 261 | 1 Lot of Fire Hose | Fire and Police Equipment | Scott Rasa | $10.00 | $260.00 | 26 | 25-Aug-2024 | 1:42 PM ET | PU | |
| 262 | 262 | Stryker 6500 XPS XT Power-Pro EMS Stretcher | Medical Equipment and Supplies | Karefa Kargbo | $500.00 | $8,100.00 | 32 | 25-Aug-2024 | 12:50 PM ET | PU | |
| 263 | 263 | Lot of 6 Fire Suction Hose | Fire and Police Equipment | Alan Sipes | $50.00 | $610.00 | 35 | 25-Aug-2024 | 12:55 PM ET | PU | |
| 264 | 264 | Stryker 6500 XT Power-Pro EMS Stretcher | Medical Equipment and Supplies | olaniran niran-oni | $500.00 | $8,000.00 | 99 | 25-Aug-2024 | 1:48 PM ET | PU | |
| 265 | 265 | ResQtec extraction tool Power Unit | Fire and Police Equipment | Daniel Johnson | $100.00 | $210.00 | 10 | 25-Aug-2024 | 2:00 PM ET | PU | |
| 266 | 266 | Lot of Misc Auto Supplies | Vehicle Equipment/Parts | mildred zinzombe | $10.00 | $44.00 | 12 | 25-Aug-2024 | 2:18 PM ET | PU | |
| 267 | 267 | Ferno Stair Chair | Medical Equipment and Supplies | Alan Sipes | $100.00 | $675.00 | 18 | 25-Aug-2024 | 2:15 PM ET | PU | |
| 268 | 268 | Challenger 40SFX Automotive Lift with 12,000 lbs Capacity | Vehicle Equipment/Parts | mark niehaus | $1,000.00 | $2,125.00 | 22 | 23-Aug-2024 | 2:57 PM ET | PU | |
| 269 | 269 | Lot of Misc Fire equipment Nozzels, Stokes Basket, Hose, Tools | Fire and Police Equipment | Aaron Simpson | $100.00 | $650.00 | 32 | 24-Aug-2024 | 11:22 AM ET | PU | |
| 270 | 270 | 24 Gas Powerd Ventilation Fan | Fire and Police Equipment | Adam bartley | $10.00 | $57.00 | 16 | 25-Aug-2024 | 10:14 AM ET | PU | |
| 271 | 271 | 22 Gas Powerd Ventilation Fan | Fire and Police Equipment | Brandon Price | $10.00 | $72.00 | 21 | 25-Aug-2024 | 10:23 AM ET | PU | |
| 272 | 272 | 4000 watt Generator | Fire and Police Equipment | Brandon Price | $50.00 | $130.00 | 24 | 25-Aug-2024 | 10:43 AM ET | PU | |
| 273 | 273 | Gas Powerd Brush Fire Spray Unit | Fire and Police Equipment | Steve Poole | $10.00 | $160.01 | 14 | 25-Aug-2024 | 10:10 AM ET | PU | |
| 274 | 274 | Generator | Generators | mike simon | $5.00 | $5.00 | 1 | 24-Aug-2024 | 9:50 AM ET | PU | |
| 275 | 275 | 11 Foot Conference Table & 8 Chairs | Appliances and Furniture | DAVID DIETZ | $10.00 | $166.00 | 12 | 28-Aug-2024 | 11:22 AM ET | PU | |
| 276 | 276 | 3500 Generator | Generators | scott adkins | $50.00 | $67.00 | 8 | 25-Aug-2024 | 10:19 AM ET | PU | |
| 277 | 277 | Floating Fire Pump | Fire and Police Equipment | Ryan Tobin | $10.00 | $200.00 | 39 | 25-Aug-2024 | 10:15 AM ET | PU | |
| 292 | 292 | Lot of Misc Fire equipment Nozzels, Stokes Basket, Hose, Tools | Fire and Police Equipment | Duane Pitts | $10.00 | $455.04 | 17 | 24-Aug-2024 | 12:11 PM ET | PU | |
| 293 | 293 | 2500 Gallon Portable Containment system | Fire and Police Equipment | scott adkins | $10.00 | $52.00 | 3 | 24-Aug-2024 | 12:09 PM ET | PU | |
| 294 | 294 | 1 Lot of Fire Hose (rack not included) | Fire and Police Equipment | Scott Rasa | $10.00 | $124.00 | 27 | 24-Aug-2024 | 9:46 PM ET | PU | |
| | | | | | **$63,046.00** | **$300,826.81** | | | | | |