UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| UTICA TOWNSHIP VOLUNTEER FIRE ) | CASE NO. 25-90840-AKM-11 |
| FIGHTERS ASSOCIATION, *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtor. ) | CHAPTER 11 (SUBCHAPTER V) |
| ) | |

## NOTICE OF APPEARANCE

Martha R. Lehman, of the law firm of AMUNDSEN DAVIS, LLC pursuant to Fed. R. Bankr. P. 9010, S.D. Ind. B-2002-1 and S.D. Ind. B-9010-1, hereby enters her appearance in the above-captioned proceeding on behalf of creditor, Rev Group, Inc., and pursuant to Fed. R. Bankr. P. 2002, requests that copies of all future pleadings filed in this case be sent to her at the following:

> Martha R. Lehman
> AMUNDSEN DAVIS, LLC
> 201 N. Illinois Street, Suite 1400
> Indianapolis, IN 46204
> Telephone: (317) 464-4142
> Fax: (317) 464-4143
> Email: Mlehman@amundsendavislaw.com

The undersigned authorizes service by e-mail at the above e-mail address and certifies that she is admitted to practice in this Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Utica Township Volunteer Fire Fighters Association (3426) and Utica Township Fire Department, Inc. (8532).

Dated: September 25, 2025                    Respectfully submitted,

   /s/ *Martha R. Lehman*
Martha R. Lehman, Attorney No. 14287-49
AMUNDSENDAVIS, LLC
201 North Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-464-4142
Fax: 463-422-6953
Email: mlehman@amundsendavislaw.com

*Attorneys for Rev Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties registered with the Court's Electronic Case Filing System (ECF). Parties may access this filing through the Court's system.

      /s/ *Martha R. Lehman*
      Martha R. Lehman